# #162 – COMPLAINT

*Milan Kjalasan*
*309 Seventh Street*
*P.O. Box 631906*
*Lanai City, HI 96763*
*+1 (808) 800-8657*
milan.kjalasan.paperwork@gmail.com

FILED
AUG 13 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milan Kjalasan<br>309 Seventh Street<br>Lanai City, Hawaii 96763<br><br>vs.<br><br>Mr. Donald Trump (The President of the United States of America)<br>1600 Pennsylvania Avenue NW<br>Washington DC 20500<br>(202) 456-1111<br><br>Mr. Kash Patel (The Director of FBI)<br>935 Pennsylvania Avenue NW<br>Washington DC 20535<br>(202) 324-3000<br><br>Ms. Kirstjen Nielsen (DHS Director of Mr. Donald Trump's 1st Administration)<br>315 S Coast Highway 101 Ste U144<br>Encinitas CA 92024-3543 | Civil Case Number:<br><br>CV26-8419<br><br>JCS |

# PART 1 – INTRODUCTION TO MY CASE

## (A) STATEMENT OF THE CLAIM

**(1) THIS FEDERAL CASE IS PROCESSED AGAINST THE UNITED STATES PRESIDENT, MR. DONALD TRUMP, FOR STEALING AND UNAUTHORIZED AND UNETHICAL USING OF MY INTELLECTUAL PROPERTY**

1. This Federal Case is processed against the United States President, Mr. Donald Trump, for Stealing and Unauthorized and Unethical Using of my Intellectual Property pertaining to the American - Canadian Unification Project I proposed to the American Government on my Son's 21st Birthday celebrated this way on 24th of July 2021st, or more than 3 years before it was used by Mr. Donald Trump, the Actual United States President, on his 2024 United States Presidential Elections Campaign.

Milan Kjalasan

13th of August 2026th, Thursday, 11:03 AM

San Francisco, California, United States

## (B) FAIRNESS STATEMENT

**(2) THE QUALITY OF THE PRESIDENT'S (MR. DONALD TRUMP'S) HONESTY EXPRESSED IN REGARDS TO THE SOURCE OF STEALING OF MY INTELLECTUAL PROPERTY IS WHAT IS GOING TO DEFINE THE VALUE OF MY DEMAND FOR RELIEF**

1. The quality of the President's (Mr. Donald Trump's) Honesty expressed in regards to the Source of Stealing of my Intellectual Property is what is going to define the Value of my Demand for Relief.

Milan Kjalasan

13th of August 2026th, Thursday, 11:03 AM

San Francisco, California, United States

## (C) JURY DEMAND

**(3) THERE IS A STRONG NEED FOR HAVING AN INDEPENDENT JURY AND COMPETENT JUDGE FOR RUNNING OF MY CASE OF INTELLECTUAL PROPERTY THEFT**

1. There is a Strong Need for having an Independent Jury and Competent Judge for running of my case of Intellectual Property Theft, considering the Fact that it is processed against Mr. Donald Trump, the actual President of United States of America; this is why I am demanding a Jury Trial to be ran by a Competent and Politically Independent Judge that should Unbiasedly Handle this Federal Case.

Milan Kjalasan

13th of August 2026th, Thursday, 11:03 AM

San Francisco, California, United States

## (D) DEMAND FOR RELIEF

**(4) THE VALUE OF MY DEMAND FOR RELIEF DEPENDS FROM THE QUALITY OF TESTIFYING OF MS. KRISTEN NIELSEN, DHS (DEPARTMENT OF HOMELAND SECURITY) DIRECTOR OF MR. DONALD TRUMP'S 1ST ADMINISTRATION; MR. KASH PATEL, ACTUAL DIRECTOR OF FBI (FEDERAL BUREAU OF INVESTIGATION); AND MR. DONALD TRUMP, THE ACTUAL PRESIDENT OF THE UNITED STATES OF AMERICA**

1. The Value of my Demand for Relief depends from the Quality of Testifying of Ms. Kristen Nielsen, DHS (Department of Homeland Security) Director of Mr. Donald Trump's 1st Administration; Mr. Kash Patel, actual Director of FBI (Federal Bureau of Investigation); and Mr. Donald Trump, the Actual President of the United States of America; whose Testifying, if being given Genuinely, will drop the Value of my Demand for Relief on $1,000,000 (one Million Dollars), contrary to my Default Demand for Relief having the Value of $10,000,000 (Ten Million Dollars) Financial Compensation to be paid to me on my America First Bank Account number 44319804 (after being unblocked by FBI).

Milan Kjalasan

13th of August 2026th, Thursday, 11:03 AM

San Francisco, California, United States

# PART 2 – ADDRESSING OF THE ISSUES

## (E) ADDRESSING THE STEALING OF MY INTELLECTUAL PROPERTY

### (5) ADDRESSING THE STEALING OF MY INTELLECTUAL PROPERTY BY THE UNITED STATES PRESIDENT, MR. DONALD TRUMP, AS WELL MY LEGAL RESPONSE PURSUING OFFICIAL APOLOGY, ACKNOWLEDGEMENT, COMPENSATION, AND CORRECTIVE ENGAGEMENT IN WHAT SHOULD FIX THE DELICATE SITUATION COVERED WITH PERSISTENT MARGINALIZING OF ME SINCE THE DAY OF MY UNJUST FIRING FROM THE MARRIOTT HOTEL ON 28TH OF AUGUST 2023RD

1. Seeing one of my Greatest Intellectual Properties I ever made (I am talking about my United States and Canada Unification Project I Officially Promoted on my Son's 21st Birthday celebrated this way on 24th of July 2021st in Salt Lake City, Utah) as being victoriously used in 2024th by the Presidential Candidate of the Republican Party (I am talking about Mr. Donald Trump, the Actual President of the United States winning the 2024 United States Presidential Elections), but without provisioning any Unofficial or Official Apology, Acknowledgement, Financial Compensation, and Engagement in what was Inappropriately Promoted to Canada because of being utilized with Motives that did not match those of the Author (me), is what makes me ask myself why what is happening Nowadays is contrary to what was happening before I was unjustly fired from the Marriott Hotel on 28th of August 2023rd, when (I am talking about the period before that day) I was always Acknowledged for my Supportive Work through Indirect Means Discretely Compensating for what was Secretly Taken from me in the Past with Good Intentions compensated in Discretion, now seeing everything of that as being subjected on Cover-Up (this is Evil and Unfair).
2. When mentioning that Unjust Firing of me from the Marriott Hotel, which I believed (at that time) that represented Punishment for my Loud Alerting that tried to prevent the Collaterally Messaged Lahaina's Arson set for 9th of August 2023rd for the Maui Island in Hawaii, which I also believed that was used as an excuse for causing of my Artificially Caused Disability and Murder of my Mother happening exactly 5 months after the aforementioned firing of me following Ms. Kristen Nielsen's visiting of the Scripps Hospital in San Diego, California; an Unclear Information I provided more than 2 years later, or said more accurately, on 10th of September 2025th, when I visited that Hospital as result of the Intelligence-Based Communications guiding me there, I was assured that my Unjust Firing from the Marriot Hotel was not because of my Alerting for the aforementioned Arson, but that it was closely related to Ms. Kristen Nielsen's visitation of that Hospital in San Diego, California, a Revelation that infuriated me same as it hurt

me, knowing how much I cared for her while Everyone played with my Feelings in time I Loudly Alerted about her as results of the intense Threats received.

3. This is why, considering the Fact that my United States and Canada Unification Project was Positively Responded by Ms. Kristen Nielsen in 2021st, which I am not going to discuss, but be Sufficient Enough to be Understood Right while not being Objectionable through saying something that can easily Escalate into Real Drama if I choose to be Efficient and Inconsiderately Effective through exposing Technical Details pertaining to the Reasons for the threats I received for her in and out of the United States, something that was discretely pointed to me even in Salt Lake City, Utah in the period 2021 - 2022, especially in January 2023rd, when couple of Powerful Republicans tried to explain to me why she failed, doing that while preventing my interacting of her through passing of Deadly Subliminal Messages referencing her as Dead while she being Alive, which Act of Intentional Causing of Ambiguous Stressing of me was supported through too-many-to-count Subliminal Scenarios Threatening for her.
4. Even thought the Impersonating Attitude changed, it still represented Continuity of what was already threatened to me for her in Las Vegas, Nevada in the period 2013 - 2021, which Public Revelation should instantly make those denying me while trying to frame me with "Mental Illness" strongly Regret their Playing, Inhumane Emotional Abuse, and Marginalizing of me I am handling Calmly and Rationally, focusing on what can Technically Resolve the Governmental Crimes I am fighting without slandering anyone I consider as Responsible for her Playing, same as for her Suffering resulting the Manipulative Downplaying of me processed by her Internal and External Enemies trying the very same things on me, but with that difference that I do not fall under Anyone's Downplaying of her and anyone else, regardless who likes or who hates me, focusing myself on my Proper Exposure and Handling of the Facts, instead of Breaking Myself through Irrational Judging of the People I Genuinely Like and Respect, regardless that I know to criticize them Friendly (not Hatefully) when they are in Error.
5. This is exactly why I am criticizing those who Secretly Took from me what is my Intellectual Property, before using it for winning of the 2024 United States Presidential Elections won by Mr. Donald Trump, doing that while making Ms. Kristen Nielsen, same as me, be Marginalized for what represents Cover-Up of what must be cleared out not only because of our sake, but also because this Cover-Up I am Confronting while Briefly Explaining as a Cowardly Act Damaging the American National Security through hiding of the Technicalities exposing the Cheap Lies of those who want to look Perfect while being Not (I will preserve my Discretion here, because I do not want to Politically Escalate the Situation, but fix the Problem Fairly for Everyone).
6. What I just said in Support to my Federal Case through my Official Supplying of the Federal Court with Material Evidences proving this Politically Significant Stealing of My Intellectual Property lacking Unofficial or Official Apology, Acknowledgement, Financial Compensation, and Engagement in what I should be Contacted and Asked for Permission for Governmental Usage of what was Secretly Taken from me before me

ending up Marginalized to the Very Edge of Physical and Emotional Existence culminating with the Attempted Framing of me with Inexistent Mental Illness is ,something that should make every Truly Intelligent and Ethically Upright Person ask itself who is Mentally Ill here, me, the Victim and Author of the Intellectual Property Theft contributing in the Victory of Mr. Donald Trump in the 2024 United States Presidential Elections voted by no one other than the Majority of the American People, or the Inconsiderate Segment of the United States Government Denying, Defaming, and Destroying me while utilizing my Intellectual Property for its Inclination; this is the Question I am Officially Addressing before detailing and elaborating it on the Federal Court, where I am still going to give a Chance to the United States President, Mr. Donald Trump, and rest of the United States Government and Intelligence, especially to Mr. Kash Patel, the actual FBI Director, to Acknowledge my Ownership of the United States and Canada Unification Project, to apologize for its Rushed Usage, and Financially Compensate for its Tactical (Election Winning) more than Strategic (Historically Progressive) Approach it applied, now requiring Ethical and Technical Correction needing Accreditation of my Work, same as of Ms. Kristen Nielsen's and Someone Else's Contribution in it, which requires Reformulation of the Approach needed to be used for the sake of Fixing and Switching of what became Unsuccessful while having the Potential of being Historically Successful and Remarkable, but only if Everyone is Properly Valued and Appreciated.

7. In this regard, and as Indirect Support to what I already proved in Sufficient Manner as Stealing of my United States and Canada Unification Project, I am providing you with Insufficient (Brief and Incomplete) Information exposing some of the Secretly Taken Ideas and Projects of mine utilized by my American Supporters supporting me in the past, when they realized their Value before giving them to those who made them become Reality through engagement of their Professionals Technically Developing them in their Corporations, as my when my Self-Driving Vehicle Idea (2000 - 2001), Windows 8 Desktop Interface Idea (2002 - 2003), Computer for Every Kid Governmental Project (2004 - 2006), Sophisticated Homeless Shelter Project (2018), and already discussed United States and Canada Unification Project (2021) got Realized thanks to Ms. Kristen Nielsen and everyone else I did not mention as a part of the Governmental Entities accepting my Ideas and Projects Technically Realized by those having the Financial and Technical Capacities needed, which I will not discuss here in order not to make Digression in Areas that are too Delicate to be Understood without Testifying of those who would like to Support this Process of Validation of the Qualities that made certain Corporations use what they most probably do not know that represented my Idea passed to them by my Supporters, primarily by Ms. Kristen Nielsen and those I did not mention as Entities paralleling her Work.

Milan Kjalasan

26th of April 2026th, Sunday, 19:54

Lanai City, Hawaii, United States

# PART 3 – EXHIBITS

## (F) EVIDENCES OF STOLEN PROJECTS AND THOSE DEVELOPED IN HUMINT AND SIGINT MANNER

### (6) ABOUT THE STEALING OF MY PROJECT IDEAS

1. When a Great Project Idea is being Secretly Stolen from you, its developer, before being delivered to a Self-Oriented Leader lacking Deeper Sense about its Proper Implementation while pursuing Personal Glorification, we are usually witnessing a Blunt Project Failure through Instant Denial caused by the other side of the Deal, from which Fair Cooperation is needed and expected for that Project to be processed Successfully and Effectively.
2. Engaging yourself in promoting of Stolen Project for which the Author is Disregard and Mistreated, pushing forward in such Intellectual Property Theft promoted in Bossy Style that Inappropriately Promotes what should be Readily Accepted if being explained and proposed in Deeper Intellectual, Ethical, and Technical Sense, is what makes the Negotiating Things do not work well for everyone, for the Author suffering Intellectual Property Theft, for the Thieves of its Project utilizing something for which they did not compensate, for the Approached Partners do not liking the Promoting Approach used, and for the Subjects of the Promoted Deal lacking the Motivational Factor needed for triggering of Provisioning of Support to such Inappropriately Proposed Project.
3. This is why whenever certain Stolen Project is given to a Self-Oriented Manager pursuing Personal Glorification and Benefiting from it, instead of being assigned to you, its Author having Deeper Feeling and Understanding of it, you are experiencing Unpleasant Situations as this one, when we are clearing these things through the Federal and International Courts.
4. From the other side of the Negotiating Table, the Short-Sided Diplomatic Core of the Responder supported by the Proposer's Opposition attacking that very same Project Idea because of pursuing Cheap Political Objectives expressing their State of Mind pursuing being a Boss in your own Dominion of Ruling instead of visioning the Future for the sake of the New Generations is what makes the proposer stealing your project Quickly Give-Up from what should be reformulated by the Author on a way that should correct the Damage Caused through the Improper Project Proposal through explaining

the one that should match its Real and Original Formulation, which is what is needed for achieving of what should provide what the Narcissistic Politicians cannot accomplish because of being occupied with their need of being in the Center of the Universe through assigning the other People's Work to themselves.

5. Sadly, this is not something that happened once or twice, but so many times in the Past, making certain People of Money and Power being recognized for their Criminal Practices of stealing other People's Ideas, thus Unjustly Profiting on Account of their Victims Secretly Spied by their Partners operating in the Spying Contractors of the Governmental Departments performing Illegal Surveillance over Non-Criminal Entities considered as Quality Source of Intellectual Work.
6. Not that much because of pursuing profit, but more because of desiring Unjust Glorification that should make them be remembered in the Human History for what does not belong to them, but to you, the Author understanding in Perfection what those stealing its Intellectual Property cannot because of lacking the Ethical Qualities needed, those stealing your Work are marginalize and hurting you with years, for you not to get what they are Criminally Taking from you.
7. This is how their Lack of Ethics triggers Self-Damaging of their Managing Skills they need for forming of Effective Team made of Quality Characters capable to Properly, Patiently, and Devotedly Process what they cannot through stealing; this is why they are Easily Giving-Up from what frustrates them and everyone else because of being Inappropriately Proposed.
8. Slightly Modifying what should not be changed in its Initial Introduction explaining the Strategic Benefits of having such Project, instead of engaging the Author capable to explain it in Depth while establishing Adequate Channels of Bilateral Communication and Cooperation that should achieve what the Intellectual Property Thieves cannot because of pushing you down while expecting your Obedience, which is what they did to some of those who made great things in the past before being pushed down because of similar things, the Self-Oriented Proponents of Stolen Projects are damaging themselves and others only because of being Greedy.
9. But, if those stealing your Projects while Unjustly Devaluing, Downgrading, and Hurting you; something they do on many Cunning Ways, would be willing to put themselves in your, the Author's Shoes; they would feel how it feels when something on which you worked so hard is stolen from you before being given and proposed to a Powerful Person receiving or changing it Slightly on a way that tries to prevent you from reaching the Success that those Intellectual Property Thieves are pursuing through Ascribing your Work as their.
10. If they would be capable to understand your Position of Suffered Intellectual Property Theft, they would understand why you are fighting for what is yours, realizing where

they are falling in their Criminal Act of lacking what the Authentic Project Developer has as it Project Idea Developed and Publicly Exposed in time of suffering and fighting for better and Friendlier Society promising more for everyone.

11. If you would understand these words, you would also understand why I am criticizing certain Powerful People's Lack of Respect for those from whom they stole Intellectual Property, thus damaging not only them, but also themselves and the Projects they stole, which is what requires such responding pursuing revelation of all Projects stolen by the Agencies, Corporations, Politicians, and Governments criticized, for they to apologize and compensate for what they Unjustly Took from those for whom they spread fake stories with intent to keep their Theft Safe.
12. This is something that is definitely not going to continue happening in the future, as it happened several times in the past; we are going to clear those Governmental and Corporate Crimes, making everyone responsible compensate for the Emotional, Physical, and Collateral Harms suffered in that Governmental - Corporate Theft needing Federal and International Prosecution.
13. Not to mention the details explaining the Destruction of my Family, the Artificially Caused Separation of Me and my Son, my Physical Disabling excused with Miserable Excuses deserving Special Attention and Elaboration, same as everything else I and other innocent people suffered in this Political-Corporate Game targeting my Character and Intellectual Work, this manipulative Corporate and Business Establishment of the American and Foreign Oligarchy did enough crimes to be let continue performing them, thus needing this revelation of the Truth, in order for the Justice and Correction to take a place.
14. Taking such step is necessary not only for the sake of the Truth and Justice, but also for the Prosperity of the United States and this World, making new Generation of Politicians and Businessmen get the position of those who will need to learn some things through facing of what they are avoiding with years because of having too much Money and Power in their hands, something that prevents them to understand those from whom all of that was prevented to be acquired through affliction of Unjust Oppression, Stigmatism, and Ostracism paralleled with the stealing of their Highly Devoted Work lacking Appreciation.
15. The only ones I Personally Pardoned from "stealing" (taking with my silent approval) what was mine before it was given to the Most Powerful Businessmen and Politicians in this World, as to Mr. Donald Trump (the 45th American President) and to Mr. Kim Jong Un (the 3rd North Korean President), are those members of the United States Intelligence and Government who tried to express their feelings for me through such discreet way, which happened several times in the Past when certain Projects of mine you watched on the Mainstream TV News were ascribed to the Most Powerful People in

the World without knowing that they were based upon utilization of my Intellectual Property, as when the proposal for Unification of North and South Korea utilized my 1988 Drawing depicting the North Korean President and NBA Basketball Spectacles I illustrated that year at the end of my 1980 Notebook for the time of my studying of my Electricity School (1987 - 1988), which Technical Details are well-known to the United States Intelligence and its Intelligence-Based Partners in North Korea; this is exactly why the First American Embassy in Macedonia was built Door-To-Door to that Electricity High School, before being burned in 1999th for the time of the Anti-NATO Protests.

16. This is exactly why "someone" I like within the United States Intelligence influenced the endorsement of my 8 years old son in the United States and North Korea in the period 2008 - 2009, before I was messaged and explained the nature of the Biochemical Murder of the 2nd North Korean President, Mr. Kim Yong Il, who was killed in a Train while traveling the Country on 17th of December 2011th, which was just 2 weeks before the Macedonian President, Mr. Kiro Gligorov, was Biochemically Killed on the 2011/2012 New Year's Eve.
17. This is exactly why this by me liked American Intelligence-Based and Political Entity recalled the Past and engaged the NBA Superstar Dennis Rodman in forming of Friendly Relationship with the North Korean President, Mr. Kim Jong Un, which improved the American - North Korean Relationship in time of Mr. Donald Trump's 1st Administration influenced by Ms. Kristen Nielsen, his DHS (Department of Homeland Security) Director.
18. But, when comes to stealing of my Projects following Ms. Kristen Nielsen's Resignation on 10th of April 2019th, the things are much different, especially after certain Devastating Things happened as result of the Cunning Games played by those who downplayed me in front of her and everyone else while stealing my Work, benefiting from it.
19. One of those Projects stolen from me was my Project pursuing Unification of the United States and Canada, which I developed far before it was proposed in 2024th by Mr. Donald Trump, the acting United States President.
20. Unfortunately, that Project I Briefed on 23rd and 24th of July 2021st when I explained its capacity of bringing Extreme National Security, Civil, Social, Cultural, Economic, and Political Value to both, to the United States and Canada, but only if being Implemented Properly through guaranteeing Equal Treatment of both these Nations if deciding to come together, was Inappropriately Promoted through its Modification pursuing Dominance over Canada, something that became noticeable through Mr. Donald Trump's One-Sided pursuit trying to make Canada become 51st State.
21. This Dominant Attitude is actually what irritated the Canadian Political Core, making that Unwisely Modified United States and Canada Unification Project be seen as leaning towards the United States through Mr. Donald Trump's Stand making the United States

be treated by him as a Prime while Canada as a Secondary Nation, instead of promoting Equal Treatment of both of them, which is what is necessary for Establishing Strong, Stable, and Reliable Federation capable to endure every Future Challenge that may lead into Irredentist Movements and Separation.

22. This is exactly why my North American Unification Project considered the interests of both these countries Equally, making me step up and fix what should not be damaged on a first place through that Intellectual Property Theft coming several years after my Public Briefing of it in 2021st.
23. On top of that, the Unprepared Rushing in Offering of what requires Strategic Work performed in period of couple of Years is what caused the Shock Effect stressing the Canadian Side finding itself Uncoordinated into the Process it took as Attempt of Buying of Canada, which was not a case.
24. This is why while dealing with such Unification Projects, you must keep in mind all the time that the Process of Unifying of two or more Nations into one Union represents Delicate Political Process needing Strategic Prerequisite Intelligence-Based Work involving Investments in Quality Professionals belonging to all sides of the Unification Deal, meaning that every Attractive Unification Offer must come several years after performing such Operative Work in the Intelligence-Based Segment of the Nations willing to come together into one Federation.
25. In addition, there are several other suchlike situations preceding, paralleling, or succeeding my Project Ideas of Unification of America and Canada, as formation of the DOGE Agency, etc., for which I expect acknowledgement, compensation, and reception of adequate space for fixing of what was broken by those who modified what I visualized much fairly for everyone, including the Canadian People I considered, still consider, as equal of rank and importance as the American ones
26. Knowing that the lack of Acknowledgement and Equality leads into Failure of such Grandiose Historical Projects needing lot of Work for them to become Reality, I decided to change the way pf how the things were set by those who stole my Project while marginalizing me to the very edge of Importance, even pursuing Fabrication of Mental Illness.
27. But, such attempts of making the Author of the Projects stolen by the American and Foreign Agencies partnering their Oligarchs while accusing the Author for so many Unsustainable Things pursuing its Profiling into a Mentally Ill Person is what Clearly Exposes the Hidden Greed, Cunningness, and Insidiousness of the American and Foreign Oligarchy pursuing Personal Glorification on other People's Back.
28. Hurting such Victims of Intellectual Property Theft behind everyone's sight, these Egocentric Entities want to be sure that no one will ever claim what is Criminally, through Abuse of Power, stolen from them.

29. So, let us see how all of this will be understood and responded by those pending my Criminal Charges, so we may either fix the things ahead of time either start confronting each other on the Federal and International Courts because of what must be stopped being practiced; I am talking about stopping of the stealing of other People's Intellectual Property following by those People's Destroying, which is done for no one to figure out the Truth.
30. This will change.

Milan Kjalasan

4th of January 2026th, Sunday, 19:54

Lanai City, Hawaii, United States

**(7) FEW MATERIAL EVIDENCES PERTAINING TO THE STEALING OF MY AMERICAN - CANADIAN UNIFICATION PROJECT**

1. Trump continues to take aim at Canada in Christmas message:

https://youtu.be/2JI5q8wczgM?si=56RpUC3sHBZGgoPy

2. My 23rd of July 2021st USA-Canada Unification Project Briefed:

[redacted]

Gmail    Milan Kjalasan <milan.kjalasan.197208131630@gmail.com>

## Re: BRIEFLY ABOUT MY NORTH AMERICA IDEA AND PROPOSAL SENT TO THE US AND CANADA'S GOVERNMENTS

1 message

Milan Kjalasan <milan.kjalasan.197208131630@gmail.com>    Sat, Jul 24, 2021 at 8:27 PM
To: #01 FBI San Antonio Office 1 <sa2@fbi.gov>, #02 FBI San Antonio Office 2 <sanantonio@ic.fbi.gov>, #03 FBI Chicago Office <chicago@ic.fbi.gov>, "@04 - Marko Calasan" <calasanmarko@hotmail.com>, #05 Joseph Soto <joseph.soto@ice.dhs.gov>, "#06 Las Vegas Metro Police (LVMPD)" <pio@lvmpd.com>, #07 LV Metro Counter Terrorism <G15049A@lvmpd.com>, #08 LV City and NV State 1 <ana.quintanilla@mail.house.gov>, #09 LV City and NV State 2 <Cassandra.Munoz@mail.house.gov>, #10 MK Embassy in Washington DC <washington@mfa.gov.mk>, #11 MK Consulate in Chicago <chicago@mfa.gov.mk>, "#12 American Embassy in Skopje, North Macedonia" <consularskopje@state.gov>, #13 Macedonian Ministry of Interior <kontakt@moi.gov.mk>, #14 MUP - Croatia <pisarnica@mup.hr>, #15 MUP - Serbian Republic <info@mup.gov.rs>, #16 UNHCR - Russia <RUSMO@unhcr.org>, #17 UK Amnesty International <duncan.tucker@amnesty.org>, #18 Catholic Charities - Johnnie Johns <jjohns@catholiccharities.com>, #19 Catholic Charities - Jasmine Coca <jcoca@catholiccharities.com>, #20 Catholic Charities - Jim Dean <jdean@catholiccharities.com>, "@01 - Ivan Calasan" <calasanivan@yahoo.com>, "@23 - Kristina Kukolj" <christinakukolj@hotmail.com>, "@37 - Vojislav Kukolj" <vojislav.kukolj@gmail.com>, USUA 1 Pamela Lynn Holt <cabotguardgirl@yahoo.com>, USUA 1 Pamela Lynn Holt <pam.holt1336@gmail.com>, USUA 1 Andy Henke <andyhenke@gmail.com>

UNIFYING COMPATIBILITIES BETWEEN UNITED STATES AND CANADA

PART 1 – ADVANTAGES

BEFORE YOU START READING

Before you start reading and analyzing the content and facts I exposed, please keep in mind that I do nothing other than what United States Government does while promoting the freedom, democracy, and prosperity around the world. This is why nothing proposed by me is enforced but exposed to you for profound thinking and discussion, so every political and non-political factor may start debating about this idea and proposal of unifying the United States and Canada into a new and more powerful nation named NORTH AMERICA. What I just said is not something new, but something that United States did several times in the past through its purchases of Alaska from Russia (1767), Louisiana from France (1803), and Florida from Spain (1821). Finally, through its annexation of Texas in 1845, United States Government demonstrated two different models of non-violent expansion of its territory, which made it establish itself as one of the most powerful nations today, having excellent position to extend its political, economic, and national security power through another non-violent unification, this time with its old partner, Canada. In regards to proposed name change (NORTH AMERICA), which should geographically extend the general unifying name of the 50 states of America (United States), it would display the power of having continental control from west, north, and east, dramatically empowering the new nation of American and Canadian people. The proposed name change should not negatively affect neither United States nor Canada, because the name NORTH AMERICA does not endanger anyone's identity, because the people of United States and Canada have immigrant roots that origin from Europe, Africa, Asia, etc. The citizen, non-nationalistic concept for which I am talking about, is what United States and European Union successfully tested and applied over Macedonia, which is now renamed into NORTH MACEDONIA. Observed everything prospectively, especially when knowing that the world's political elite has several projects of unification in front of it, as the unification of North and South Korea for example, I believe that it should seriously consider the unification I proposed (United States and Canada), and, in parallel to everything else, demonstrate that political receipts advised to other nations are genuine, simply because they are also implemented by the advisories' nations, being applied over their own political systems, improving and empowering them. I guess that you, after analyzing the facts and argumentation I exposed, will realize that United States and Canada have far more geographic, cultural, political, economic, national security, religious, communicating, trafficking, and many other compatibilities than any other two nations in the world. This is why you should support us placing the United States and Canada into a new and closer unity, demonstrating to the world that what we preach to other nations is what we implement on our selves.

BENEFITS FROM UNIFYING THE UNITED STATES AND CANADA

1. Covering the west, north, and east portion of the North American Continent
2. Reaching the top most latitudes in wide area span
3. Better National Security through improved ocean control
4. Free traveling zone
5. Better natural and human resource management

6. Bigger Total GDP
7. Opportunities for utilizing of the Canadian unpopulated territory
8. More business opportunities for both nations

PART 2 – COMPATIBILITIES

HISTORICAL COMPATIBILITY (PURCHASES AND ANNEXATION)

Independence:

United States: 1776
Canada: 1767

Territory Expansion through purchasing (78 years period):

United States: Alaska Purchase (1767)
United States: Missouri Purchase (1803)
United States: Florida Purchase (1821)
United States: Texas Annexation (1845)

POPULATION (PROPORTIONAL COMPATIBILITY WITH THE GDP)

United States = 331 millions
Canada = 38 millions (approximately 1 tenth of US)

ECONOMIC COMPATIBILITY (PROPORTIONAL COMPATIBILITY WITH THE NUMBER OF CITIZENS)

United States GDP in 2021 estimate
Total (Increase): $22.675 trillion (2nd)
Per capita (Increase): $68,309 (7th)

Canadian GDP in 2021 estimate
Total (Increase): $1.979 trillion (15th - approximately 1 tenth of US)
Per capita (Increase): $51,713 (20th)

MONETARY COMPATIBILITY

1 USD = 1.26 Canadian Dollars

TERRITORIAL COMPATIBILITY

[redacted]

MONETARY COMPATIBILITY

1 USD = 1.26 Canadian Dollars

TERRITORIAL COMPATIBILITY

United States Territory: 3.796.642 sq mi
Canadian Territory: 3.855.100 sq mi

RELIGIOUS COMPATIBILITY

United States: Christians: 65%
Canada: Christians: 67%

United States: Nonreligious: 28%
Canada: Nonreligious: 25%

United States: Others: 7%
Canada: Others: 9%

STANDARDS COMPATIBILITY

United States: Date format: mm-dd-yyyy (AD)
Canada: Date format: mm-dd-yyyy (AD); yyyy-mm-dd (AD)

TRAFFIC COMPATIBILITY

United States: Driving side: right
Canada: Driving side: right

COMMUNICATING COMPATIBILITY

United States: Calling Code: +1
Canada: Calling Code: +1

United States: Official Language = English & Spanish (prospectively)
Canada: Official Language = English & French

GEOGRAPHIC COMPATIBILITY

United States: Time zone: UTC -4 to -12; +10, +11
Canada: Time zone: UTC-3.5 to -8

Note: The statistical information is taken from unofficial sources.

PART 3 – CHALLENGES

INCOMPATIBILITIES (ADAPTIVE CHALLENGES)

1. Monarchy Adaptation

Q: How to manage the Canadian Monarchy integration?
A: Using the UK Parliamentary Monarchy and European Union Past Integration as an Example

2. French Language Inclusion

Q: How to integrate the French Language?
A: Using the Spanish Language Integration Model Applied in the United States as an Example

PART 4 – APPROACH

APPROACH TO UNITED STATES AND CANADA UNIFICATION

1. Legal
2. Democratic
3. Transparent
4. Nonviolent

MODEL OF UNIFICATION (LEVELED)

1. Creating a political, economic, cultural, and national security NORTH AMERICAN UNION (transitional objective)
2. Classical Unifying into a New Nation named NORTH AMERICA (final objective)

METHOD OF UNIFICATION

1. Democratic (Voting on Referendum)

ADDITIONAL ACTIVITIES

1. Creating transitioning model of unification between South American nations
2. Encouraging similar unification in South America between Hispanic and Portuguese speaking nations into a new nation named SOUTH AMERICA

ORGANIZATIONAL ACTIVITIES IN REGARDS TO UNIFICATION

1. Creating an NGO
2. Creating a statue and program
3. Creating American Lobby groups
4. Creating Canadian Lobby groups
5. Providing Sponsorship
6. Providing Media Support

Milan Kjalasan
Published on 24th of July 2021st, Saturday, 09:55 AM
Salt Lake City, Utah, United States

On Fri, Jul 23, 2021, 11:13 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

BRIEFLY ABOUT MY NORTH AMERICA IDEA AND PROPOSAL SENT TO THE US AND CANADA'S GOVERNMENTS

TODAY'S REALITY IS NOT BRIGHT AS THE FUTURE THAT GOOD PEOPLE PURSUE

The things seen today as our reality and future, same as the things assessed as an unrealistic utopia that cannot

[redacted]

Q: How to integrate the French Language?
A: Using the Spanish Language Integration Model Applied in the United States as an Example

PART 4 – APPROACH

APPROACH TO UNITED STATES AND CANADA UNIFICATION

1. Legal
2. Democratic
3. Transparent
4. Nonviolent

MODEL OF UNIFICATION (LEVELED)

1. Creating a political, economic, cultural, and national security NORTH AMERICAN UNION (transitional objective)
2. Classical Unifying into a New Nation named NORTH AMERICA (final objective)

METHOD OF UNIFICATION

1. Democratic (Voting on Referendum)

ADDITIONAL ACTIVITIES

1. Creating transitioning model of unification between South American nations
2. Encouraging similar unification in South America between Hispanic and Portuguese speaking nations into a new nation named SOUTH AMERICA

ORGANIZATIONAL ACTIVITIES IN REGARDS TO UNIFICATION

1. Creating an NGO
2. Creating a statue and program
3. Creating American Lobby groups
4. Creating Canadian Lobby groups
5. Providing Sponsorship
6. Providing Media Support

Milan Kjalasan
Published on 24th of July 2021st, Saturday, 09:55 AM
Salt Lake City, Utah, United States

On Fri, Jul 23, 2021, 11:13 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

BRIEFLY ABOUT MY NORTH AMERICA IDEA AND PROPOSAL SENT TO THE US AND CANADA'S GOVERNMENTS

TODAY'S REALITY IS NOT BRIGHT AS THE FUTURE THAT GOOD PEOPLE PURSUE

The things seen today as our reality and future, same as the things assessed as an unrealistic utopia that cannot become our reality are things that our future will prove as a weakness of this generation that displayed itself as incapable to discover and achieve the higher values of the humanity in which the benefits from the mutual understanding and cooperation are going to supersede all obstacles caused by the presence of low level of humanity, ethics, and intelligence.

INITIATING UNIFICATION OF UNITED STATES AND CANADA INTO A NATION NAMED NORTH AMERICA

Realizing and feeling the today's stagnation in the advanced political, economic, cultural, social, and civil processes while being aware that every revolutionary attempt that tries to defeat the backwardness of the generations that could not, neither they can, realize the advantages of unifying of closely compatible nations that share common values, languages, culture, scientific achievements, economic development, living standard, and many other things that make them compatible for unifying, I decided to active and dynamic, in real time, initiate and develop a project that will try to achieve my long years idea and wish that will unify America and Canada into a new country named NORTH AMERICA, a country that will geographically, politically, and economically establish almost full control over the north American continent, achieving benefits that I will point to you through my presentation of this topic.

BEING RECIPROCAL IN THE ONGOING POLITICAL ACTIVITIES OF AMERICA TOWARDS MACEDONIA

Acting reciprocally to the official politics of the United States of America, which along with the European Union contributed to overall changing of the Macedonian identity and nation through its renaming from Macedonia into NORTH MACEDONIA, I am recommending the same model of renaming of the American identity and nation through its uniting with Canada, giving tribute to the honest and good willing objectives of the American Government, which should be promoted and achieved along with the Macedonian.

NONVIOLENT RESPONDING ON INJUSTICES OF THE AMERICAN AUTHORITIES

Even though I am surrounded by an unseen oppression by few American federal agencies that promote destructive objectives through such activities and isolation, I yet believe that their injustices must be responded humanly and intellectually; this is why my intellect and creativity are directed towards the improvement of the American society, which I try to develop, correct, and free from all negativities that degrade it on cultural and social plan because of the limitations imposed through economic and political aspirations of subversive American powerful entities that promote criminal, not human, type of globalization.

EXPECTING CONTRIBUTION BY ALL GOVERNMENTS

At the end of this initial exposure of my idea and proposal for unifying of America and Canada into a new nation named NORTH AMERICA, I am informing you that I will explain all the advantages and challenges that such project should face, motivating the American and Canadian governments, including the European Union, to give contribution in proposed unification that should be saluted and encouraged by the whole world community.

Milan Kjalasan
Published on 23rd of July 2021st, Friday, 11:11 AM
Salt Lake City, Utah, United States

[redacted]

Gmail Milan Kjalasan <milan.kjalasan.197208131630@gmail.com>

**Re: IDEA AND PROPOSAL FOR UNIFICATION OF THE NORTH AMERICAN CONTINENT**
1 message

Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> Sun, Jul 25, 2021 at 2:04 PM
To: info@us.gov

ABOUT GETTING ADDITIONAL SKILLS REQUIRED BY YOUR JOB APPLICATION

THE PURPOSE OF THIS DOCUMENT

Because there are job posts that include requirements that belong to categories that are similar to those you perform professionally, you may find job applications that enlist lot of requirements that you may perform easily, while including one or two you never performed, even though they are easy to be acquired. In such situations, you may decide to apply for such job, giving yourself relatively short but sufficient time period for acquiring of sporadic knowledge, skills, and experiences needed. However, in order not to place yourself in unpleasant situation, you must inform your potential employer about your need for following additional training, while in same time being aware about the time frame you have available in front of you for completing of your preparations. This is something I will briefly explain in this document, explaining when such job applications should be made and when they should not.

PREPARE YOURSELF BEFORE YOU APPLY FOR A JOB THAT INTERESTS YOU

Everything you do not know, understand, or for which you lack experience while it is required as a part of your job application, you must consider seriously before you set a plan and timeframe for acquiring the information, knowledge, skills, and experience needed. Such lack of qualities should never be more than 5% to 10% from the overall job requirements, because you must be fully educated, skilled, and trained on everything that comprised your studying program. From the other side, the things you never studied or practiced because they were not part of your educational or certifying curriculum while they are taking small and secondary part of your job application must be acquired quickly but with high level of quality pursued in a relatively short time period. For example, if you are proficient in administration of Microsoft Windows Server and Client operating systems while having no experience in maintaining of Linux and Apple desktop working environments, which may be required as a part of your Desktop Support Technician job application, you should spend some quick but quality time in studying and practicing of those sporadic requirements, in case you want to apply for any job that includes them. If you are experienced Information Technology (IT) Engineer, Administrator, or Technician, you may easily and for relatively short time period learn and test the knowledge and skills you will acquire while applying for such job. But if you are someone who has not much experience in the IT profession, you should not apply for this kind of job because you would need more quality time to acquire the knowledge, skills, and experience needed. The rules I just explained should be applied for every kind of job application, even for performing of your personal activities. For example, if you are professional truck driver who drove for more than 10 years on interstate and international roads, you may apply for a job that includes driving a bus, because you may easily learn and test the driving skills needed. But if you never drove a truck or bus while driving your personal vehicle for 20 years or more, you cannot, and you should not, apply for any bus driving job because you will need more than a month to acquire the adequate knowledge and bus driving skills needed.

BRIEFING THE PREPARATION PROCESS

The first step you should make in direction of acquiring the sporadic qualities needed should be your procuring of appropriate information that should locate the best studying and training resources that covers the knowledge and skills needed by the currently unfulfilling job requirements. That would be your researching work. The second step should be getting the conceptual (non-technical) knowledge about any of the unfulfilling technical requirements. That would be your studying work. Finally, the acquisition of technical skills and experiences that are required by the job posted should be acquired through specialized practices and trainings that should complete the process of your acquisition of the knowledge, skills, and experiences needed. That would be your training. All of that should be performed quickly, and be tested for quality of performance, for you to be sure about the technical qualities acquired before you start working.

ABOUT THE FOLLOWING ILLUSTRATION

In the following illustration, I will visualize the process of proper self-assessment of qualifications and skills required to be possessed for the job role needed to be performed. For that purpose I will use one sample job requirement content I preserved from the official Department of Workforce Services (DWS) website. For your information, the data used belongs to one job poster that is looking for a qualified IT worker that should perform as one of its System Administrators and Desktop Support Technicians. This is why I will use this content for illustrative educational purposes only, something that should help you understand the proper approach in job application selection process

START OF EMPLOYER'S DATA

SATISFIED JOB RELATED REQUIREMENTS

• Developing standards and procedures to support user account administration according to IT and HR policies, standard protocols, and established security controls.
• This entails providing leadership to other User Account Administrators and working closely with IT resources as well as managers within operational units to coordinate user account administration, ensuring that service level agreements are met.
• In addition, this position develops and maintains documentation of account administration procedures.
• With authorization, creates and terminates user accounts in accordance with Company policies and established security controls.
• Manages user accounts and access permissions and applications by reviewing user IDs or access requests to determine if they are accurate, complete, approved and appropriate.
• Receives and responds to user account requests and problems in a customer service-oriented manner.
• Promptly acknowledges, prioritizes, tracks and documents user account requests and problems.
• Troubleshoots problems related to account set up or security rights.
• Notifies customers of the status of issues as appropriate.
• Ensures timely removal or modification of access due to termination alerts, emergency requests and change requests.
• Helps design, implement and maintain a centralized tracking database of user access to all devices, networks and/or applications. Monitors logs for unauthorized access.
• Conducts monthly audits of accounts and access by performing online research and producing reports of users with access to specific systems or resources, including accounts created and terminated.
• Provides updated user listings for review or as requested by management or Data Owners.
• Develops and documents procedures and processes for the creation and termination of user accounts.
• This entails consulting with process owners to ensure specifications are clear and accurate.
• Regularly reviews protection mechanisms for potential security breaches or concerns.
• Helps to mitigate risks by recommending and implementing improvements where appropriate.
• Acts as a resource for other User Account Administration team members by providing training, coaching, and counseling.

SATISFIED SKILL RELATED REQUIREMENTS

• Requires proficiency with Microsoft Office applications, particularly Word, Excel, Access, and Outlook.
• Prefer experience or training in computer security, audit or computer account/access management.
• Prefer a basic understanding user access administration and the ability to learn and become proficient in technologies and their related security procedures quickly.
• Good communication (both written and verbal) and interpersonal skills are required.

[redacted]

SATISFIED SKILL RELATED REQUIREMENTS

• Requires proficiency with Microsoft Office applications, particularly Word, Excel, Access, and Outlook
• Prefer experience or training in computer security, audit or computer account/access management.
• Prefer a basic understanding user access administration and the ability to learn and become proficient in technologies and their related security procedures quickly.
• Good communication (both written and verbal) and interpersonal skills are required.
• The ability to present a professional image as well as interact and collaborate effectively with team members, technical staff, vendors and internal customers as described is required.
• A strong customer service orientation is essential.
• Strong attention for detail and be able to organize and manage user account information as described. Good organizational and time management skills are required as is the ability to prioritize and multitask under pressure and project deadlines.
• Requires the ability to take initiative to accomplish position objectives and tasks while working independently.
• Ability to prioritize and perform multiple tasks simultaneously.
• Significant initiative and independent judgment are required.

SATISFIED ROLES THAT NEED TO BE PERFORMED

• Active Directory Administration, Technical Support, Desktop

PARTIALLY SATISFIED JOB RELATED REQUIREMENTS

• Responsible for administration of Exchange accounts via Active Directory, including distribution lists, contacts, security groups, user accounts and password settings.
• Provides substantial support demonstrating proper controls and evidence for internal company audits including PCI, SSAE16, and SOX.

PARTIALLY SATISFIED SKILL RELATED REQUIREMENTS

• The ability to provide user account management support and assistance as described as normally obtained through 3 - 5 years' experience providing support with Active Directory and Exchange administration.
• Prefer experience with application integration with Active Directory, a helpdesk ticketing system, and centralized account management tools (Identity Management).

END OF EMPLOYER'S DATA

ILLUSTRATION OF THE THINKING PROCESS BEHIND MAKING OF PROPER JOB APPLYING DECISION

In order to apply for the job I chose as my source of illustration, I need to provide myself with quality studying materials related to Microsoft Exchange, before I read them and perform quality lab exercises. Because I never worked on Microsoft Exchange implementation but on implementations that utilized 3rd party email servers (Microsoft Exchange is an email server used in Active Directory environments), I need to provide myself with this specific knowledge and skills required, of course, if I want to apply for the job posted. Because I have enough experience in working with few other 3rd party email servers, my transition to Microsoft Exchange is going to be much faster than for someone who never worked on any email and directory server. The reason why I am telling you this is because I want to emphasize the importance of making a proper judgment when considering the time needed for your preparation (no any company will wait for you one month for you to prepare yourself for getting its job). While acquiring the new knowledge and skills needed, I would need to practice the rest of the skills required by the job posted, doing that in order to prepare myself better (even though I already have those skills maintained for many years). Finally, I would need to read more about the SSAE16 and SOX United States governmental standards, because even though I am informed about them, I never used them in my career, which is something that should make me decide should I apply or not for the illustrated job position.

CONCLUSION

The best job application practice is to apply only for jobs that are adequate for your level of knowledge and experience, scanning the job posting content quickly but attentively, eliminating the jobs that require something that you never performed before. But in case you find a job that looks desirable and satisfactory for your standards, you may chose to apply for it even in case if there is requirement that requires additional training. In such case you must inform your potential employer about your need of performing such training, so it may approve or deny your job application timely. Shortly, you must be honest and transparent with the company for which you apply, so it may properly address every advantage and disadvantage related to your employment. This is the only ethical way that should justify such practice, otherwise, it would be inappropriate.

Milan Kjalasan
Published on 25th of July 2021st, Sunday, 18:03 AM
Salt Lake City, Utah, United States

On Sun, Jul 25, 2021, 14:39 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

ABOUT PROPER HIRING AND APPLYING FOR JOB

ABOUT THIS DOCUMENT

This document has educational nature, briefly explaining the process of proper hiring and applying for a job. It explains why the applicant should not apply for a job which requirements it cannot fully satisfy, but for a job for which it is completely educated and trained while being willing and confident to perform it devotedly. Abiding to this principle is what secures getting a job that is adequate to the knowledge and skills possessed, regardless of conditions and circumstances that surround the applicant. In parallel, this document talks about the importance of proper selection of candidates, something that correlates the job application process. Choosing the right candidate for the job posted is what improves the company businesses; this is why the hiring process is considered as crucial for having prosperous company growing.

WHAT MADE ME WRITE THIS DOCUMENT?

Because there are lot of situations in which the applicants who have no adequate educational degree are prevented from getting certain jobs while having quality knowledge and experience in performing of the duties required by the jobs for which they are applying, there is a need for explaining of this issue, as well of the way of how those kinds of applicants should approach the job applying process.

DIPLOMAS AND CERTIFICATES ARE IMPORTANT, BUT NOT AS THE KNOWLEDGE AND REAL EXPERIENCES

The employers need to understand that there are applicants who have much higher knowledge, skills, and work experience than many highly educated people; so, the ignorance of this fact, which proved in real life situations so many times, makes such employers exclude the quality applicants as resources that may improve their productive work and services. From the other side, the technically unprepared applicants, regardless of their level of education, may

approach their application process irresponsibly, leaning on their diplomas and certificates instead on exposing of knowledge and experience they must acquire through practical engagement.

HOW THE THINGS MENTIONED REFLECT ON THE HIRING PROCESS AND EMPLOYMENT OF CANDIDATES?

The Human Resources (HR) departments that are focused on employing of candidates that have high degrees only

[redacted]

HOW THE THINGS MENTIONED REFLECT ON THE HIRING PROCESS AND EMPLOYMENT OF CANDIDATES?

The Human Resources (HR) departments that are focused on employing of candidates that have high degrees only; I am talking about the hiring managers that categorically, without any consideration, exclude the non-highly educated applicants, may easily miss a quality candidate that has more professional qualities than those who are officially qualified for the job applied. As you know, not every quality person has opportunity to educate itself completely, same as when no every individual has equal potential, willingness, and sense for responsibility towards the job for which it applies. Also, no everyone learns and adapts with a same speed, applying the same level of enthusiasm and willingness while trying go forward in its progression. This is what makes certain initially untrained workers improve themselves quickly when being exposed on quality educational training, and become much better than those who relay on their degrees and certificates only.

HR DEPARTMENT NEED TO CONSIDER MUCH MORE THAN THE TECHNICAL KNOWLEDGE AND SKILLS

As the main point of every HR department should be the process of building of quality recruting team that should discover and hire the most prosperous prospects and applicants available, it needs to develop quality assessing mechanisms that should not only evaluate the theoretical and practical knowledge of the available candidates, but also their thinking and judgmental processes, testing and assessing their attentiveness, responsiveness, motivation, sense for loyalty and responsibility, and many other qualities that define which candidates are capable for bring of best values for the company.

UNDERSTANDING THE HR VULNERABILITY CAUSED BY THE IMPROPER PRIORITIZING OF QUALITIES

Every serious HR staffing should clearly define its job requirements, clearly defining the knowledge, skills, and experience needed for the job posted. It should also assess the personal qualities of its applicants, performing this process dynamically through proactive testing for every job posting it publishes this way or another. Every result-oriented hiring staffing should be focused on assessment of its candidates' performances and personal qualities, more than on everything else then attributes the applicant. Because compliance-oriented hiring staffing is focused more on its abiding to formality, diplomas, and outward expressions displayed by the candidates instead on the things that are focused on their performances and personal qualities, such HR staffing misses big portion of quality candidates. What I just said represents a hiring manager vulnerabilty that is abused by those candidates who are focused on presenting of their attribution more than on their real qualities. This is exactly why there is a difference in the quality of the companies that perform same types of activities; they have different approach in choosing the best candidates.

THE HR MANAGEMENT IS CRUCIAL FOR SUCCESS OF EVERY COMPANY

The key of success of every powerful company is not in the capital possessed, because quality companies already have the money they need for performing of their production and services. As mentioned before, the key of success is in having of quality human resources, which selection depends from the company's leadership and HR department, from which activities every other department depends. Only then, when there is a quality leadership and hiring management, there is a clear path of prosperity and improvement of the company having such setting and attitude.

HOW TO TREAT THE JOB OFFERS FOR WHICH NO EVERY REQUIREMENT CAN BE FULFILLED?

If the applicant considers itself as a real professional who puts pride in performing of its work while responsibly taking care about its duties for the company that genuinely, not abusively, hired its service, it should seriously consider every single requirement required by the job position for which it applies. Such candidate should never disregard the job requirements it cannot fulfil, but acquire every knowledge and skill that is needed but not possessed. The skills that can be acquired for a short period of time may be pursued through parallel educational or practical training while working. If suchlike opportunity is not available, the non-fulfilling job application must be disregarded before another one is considered as more adequate.

CHOSING A RIGHT JOB AND EMPLOYER SHOULD BE MATTER OF STRATEGIC CONSIDERATION

Through applying for adequate job, the applicant selects its starting point wisely, progressing while buying the time needed for its parallel education and improvement. Having such attitude does not only provide everyone's confidence while guarantying quality performances, but also establishes trust on quality ethical premises. This is what provides a baseline for a long term employment, because the company that invests in its employees' development has more reasons to preserve them for long time. This is why I advise every applicant to responsibly approach its job application process, trying to detect or recognize the employer's sense for work force management.

HAVING A RIGHT FOCUS

In the beginning, the focus should never be placed on the salary, but on the developing potential of the company. It is far better to start modestly while progressing rapidly in your professional performances than to start making a big salary while working for an employer that lacks potential do develop into powerful company. Said in different words, it is far more important to get a job in a company that provides opportunity for its employees' education, training, and skill development than to be focused on getting a job that should pay you well while keeping you stagnant, do not giving you any opportunity to progress above the duties assigned through the job applied.

CONCLUSION

It is your choice would you be dedicated and responsible in the process of applying for a job, or you will approach this process casually, do not paying attention on the things I explained. If you are employer, the prosperity of your company depends from your selection and hiring of right people; this is why you should consider more qualities other than applicants' levels of education. Regardless who you are, an employer or employee, you must understand and consider every single thing that affects both, the applying and hiring, processes.

Milan Kjalasan
Published on 25th of July 2021st, Sunday, 14:37 AM
Salt Lake City, Utah, United States

On Sun, Jul 25, 2021, 00:24 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

ABOUT PROPER HIRING AND APPLYING FOR JOB

BEFORE YOU START READING

ABOUT THIS DOCUMENT

This document has educational nature, briefly explaining the process of proper hiring and applying for a job. It explains why the applicant should not apply for a job which requirements it cannot fully satisfy, but for a job for which is completely educated, trained, and willing to perform, filling confident while doing it. This principle is what secures getting an adequate job, which provides opportunities for efficient professional development, regardless the conditions and circumstances that surrounds the applicant. In parallel, this document talks about the process of proper selection of candidates, something that correlates the job application process.

WHAT MADE ME WRITE THIS DOCUMENT?

Because there are situations where the applicants have quality knowledge and experience in performing of duties required by the job for which they apply while they have no adequate educational degree required by the job poster that posted the job for which they showed interest, there is a need for explaining of this issue, as well of the way of how the applicants should approach the job applications for which they apply.

DIPLOMAS AND CERTIFICATES ARE IMPORTANT, BUT NOT AS THE KNOWLEDGE AND REAL EXPERIENCES

From one side, the employers need to understand that there are applicants who have much higher knowledge and work experience than many highly educated people have, so the ignorance of this fact, which proved in real life

[redacted]

DIPLOMAS AND CERTIFICATES ARE IMPORTANT, BUT NOT AS THE KNOWLEDGE AND REAL EXPERIENCES

From one side, the employers need to understand that there are applicants who have much higher knowledge and work experience than many highly educated people have, so the ignorance of this fact, which proved in real life situations so many times, can make them exclude the quality potential applicants from getting the job they posted. From the other side, the technically unprepared applicants, regardless of their level of education, may approach their application process irresponsibly, leaning on their diplomas and certificates instead on the knowledge and experience acquired through practical applications.

HOW THE THINGS MENTIONED REFLECT ON THE FUTURE HIRING PROCESS AND EMPLOYMENT OF CANDIDATES?

The Human Resources (HR) staffing focused on employing of candidates that have high degrees only; I am talking about hiring managers that categorically, without any consideration, exclude the non-highly educated applicants, may easily miss a quality candidate that has more professional qualities than those who are highly educated for the job applied. As you know, not every quality worker has opportunity to educate itself fully, same as when no every person has equal potential, willingness, and sense for responsibility towards the job for which it applies. Also, no everyone learns and adapts with a same speed, applying same level of enthusiasm and willingness to go forward in its progression, which makes certain initially untrained workers improve themselves quickly when being exposed on quality training, and become much better than those that relay on their degrees and certificates only. As the point of every HR Manager is to build quality recruting team that should recruit the best possible workers, it needs to have a quality mechanism of assessing not only the theoretical and practical knowledge of its candidates, but also their thinking and judgmental processes, attentiveness, responsiveness, motivation, sense for loyalty and responsibility, and many other qualities that define which candidate is capable to bring best values for the hiring company.

UNDERSTANDING THE VULNERABILITY CAUSED BY THE IMPROPERLY PRIORITIZED QUALITIES

Every serious and quality HR staffing should clearly define its job requirements, skills needed, and personal qualities that are mandatory to be possessed for every job posting it publishes this way or another. This is why every result-oriented hiring staffing is focused more on the job performances then on everything else then attributes the applicant. From the other side, the compliance-oriented hiring staffing is focused more on the formality, diplomas, and outward expression displayed by the candidates than on the things that are focused on their performances. What I just said represents a hiring manager vulnerability that is exploited very often by those who are focused on presenting of their attribution more than on their real qualities. This is exactly why there is a difference in the quality of the companies that perform same types of profession, because their leadership, HR, developing, and productive personnel staffing have different qualities.

THE HR MANAGEMENT IS CRUCIAL FOR SUCCESS OF EVERY COMPANY

The key of success of every powerful company is not in the capital possessed, because the quality companies already have the money they need for their production. The key of success is in having of quality human resources, which selection depends from the company's leadership and HR department, from which activities every other department depends. Only then, when there is quality leadership and hiring management, there is a vision for prosperity and improvement of the company having such setting and attitude.

HOW TO TREAT THE JOB OFFERS FOR WHICH NO EVERY REQUIREMENT CAN BE FULFILLED?

If the applicant considers itself as a real professional who puts pride in performing of its work while responsibly taking care about its duties performed for the company that genuinely, not abusively, hired its service, it should seriously consider every single requirement required. Such candidate should not disregard the job requirements it cannot fulfil; I am not referring the requirements related to the level of education needed to be possessed, but those that are related to the technical and personal qualities. Actually, it should acquire every knowledge and skill that is not possessed. The skills that can be acquired for a short period of time may be pursued through parallel training while working. If suchlike opportunity is not available, the non-fulfilled job application must be left before the applicant is moved to another that can be fulfilled.

CHOSING A RIGHT JOB AND EMPLOYER

Through applying for adequate job, the applicant selects its starting point wisely, progressing while buying the time needed for its parallel education and improvement. Having such attitude about the application process does not only provide everyone's satisfaction while guarantying quality performances, but establishes trust on quality ethical premises that provide baseline for a long term employment. This is why I publicly advise every applicant to responsibly approach its job application process, focusing itself on the company's sense for management of its work force, not on the salary, on which it should focus after its full development. It is far better to start modestly while progressing rapidly in your working performances than to start making a big salary while working for a company that lacks the values for which I am talking about. Said in different words, it is more important to get a job in a company that provides opportunity for your education, training, and skill development than to be focused on getting a job that should pay you well but keep you stagnant, do not giving you any opportunity to progress above the duties assigned to you through the job for which you applied.

PRACTICAL ILLUSTRATION OF THE PROCESS OF SELF-ASSESSMENT FOR THE JOB REQUIREMENTS POSTED

ABOUT THE FOLLOWING ILLUSTRATION

In the following illustration, I will visualize the process of proper self-assessment of the qualifications and skills required to be possessed for the job role needed to be performed.

Personal Note: Everything I do not know, understand, or for which I lack experience, I consider very seriously, before I set a plan and time frame for getting the information, knowledge, skills, and experience needed. The first step I make is information provision, which guides the process of locating the best studying and training resources. The second step is the getting of conceptual, not technical, knowledge about the technical requirements not fulfilled. Finally, the acquisition of the technical skills and experience related to not fulfilled requirements are acquired through specialized practices and trainings that complete the process of my preparation.

ABOUT MY ILLUSTRATION'S CONTENT

The content below is preserved from the official Department of Workforce Services (DWS) website, and it belongs to one job poster (company) that looks up for a qualified technician that should perform as a System Administrator and Desktop Support Technician. So, the following job requirements, which I preserved from an official job posting website, are going to be used for demonstrational educational purposes that should help you understand better the proper approaching to the job application selection process.

Note: You should always apply for those jobs that are satisfactory for your level of knowledge and experience, scanning the job posting content quickly but attentively; this is why we have this training; it should help you speed up the job application process while performing it responsibly.

START OF EMPLOYER'S DATA

JOB REQUIREMENTS

1. Developing standards and procedures to support user account administration according to IT and HR policies,

[redacted]

JOB REQUIREMENTS

1. Developing standards and procedures to support user account administration according to IT and HR policies, standard protocols, and established security controls.
2. This entails providing leadership to other User Account Administrators and working closely with IT resources as well as managers within operational units to coordinate user account administration, ensuring that service level agreements are met.
3. In addition, this position develops and maintains documentation of account administration procedures.
4. With authorization, creates and terminates user accounts in accordance with Company policies and established security controls.
5. Manages user accounts and access permissions and applications by reviewing user IDs or access requests to determine if they are accurate, complete, approved and appropriate.
6. Responsible for administration of Exchange accounts via Active Directory, including distribution lists, contacts, security groups, user accounts and password settings.
7. Receives and responds to user account requests and problems in a customer service-oriented manner.
8. Promptly acknowledges, prioritizes, tracks and documents user account requests and problems.
9. Troubleshoots problems related to account set up or security rights.
10. Notifies customers of the status of issues as appropriate.
11. Ensures timely removal or modification of access due to termination alerts, emergency requests and change requests.
12. Helps design, implement and maintain a centralized tracking database of user access to all devices, networks and/or applications. Monitors logs for unauthorized access.
13. Provides substantial support demonstrating proper controls and evidence for internal company audits including PCI, SSAE16, and SOX.
14. Conducts monthly audits of accounts and access by performing online research and producing reports of users with access to specific systems or resources, including accounts created and terminated.
15. Provides updated user listings for review or as requested by management or Data Owners.
16. Develops and documents procedures and processes for the creation and termination of user accounts.
17. This entails consulting with process owners to ensure specifications are clear and accurate.
18. Regularly reviews protection mechanisms for potential security breaches or concerns.
19. Helps to mitigate risks by recommending and implementing improvements where appropriate.
20. Acts as a resource for other User Account Administration team members by providing training, coaching, and counseling.

SKILS REQUIRED

1. The ability to provide user account management support and assistance as described as normally obtained through 3 - 5 years' experience providing support with Active Directory and Exchange administration.
2. Requires proficiency with Microsoft Office applications, particularly Word, Excel, Access, and Outlook.
3. Prefer experience or training in computer security, audit or computer account/access management.
4. Prefer a basic understanding user access administration and the ability to learn and become proficient in technologies and their related security procedures quickly.
5. Prefer experience with application integration with Active Directory, a helpdesk ticketing system, and centralized account management tools (Identity Management).
6. Good communication (both written and verbal) and interpersonal skills are required.
7. The ability to present a professional image as well as interact and collaborate effectively with team members, technical staff, vendors and internal customers as described is required.
8. A strong customer service orientation is essential.
9. Strong attention for detail and be able to organize and manage user account information as described. Good organizational and time management skills are required as is the ability to prioritize and multitask under pressure and project deadlines.
10. Requires the ability to take initiative to accomplish position objectives and tasks while working independently.
11. Ability to prioritize and perform multiple tasks simultaneously.
12. Significant initiative and independent judgment are required.

ROLES TO BE PERFORMED

1. Active Directory Administration, Technical Support, Desktop

END OF EMPLOYER'S DATA

LEGEND

• The green highlights mark the requirements that I fulfilled.
• The yellow highlights mark the requirements that require 1 or few days training to be partook by me for they to be fulfilled.
• The red highlights mark the requirements that require 1 week training from me to be made for they to be fulfilled.

ILLUSTRATION OF THE TRAINING PLAN

In order to apply for the job I chose as my source of illustration, I need to provide myself with quality studying materials related to Microsoft Exchange, before I read them and perform lab exercises.

Illustrative Explanation: Because I never worked on Microsoft Exchange implementation but on implementation on 3rd party email servers (Microsoft Exchange is an email server software used in Active Directory environments), I need to provide myself with this knowledge and skills required, of course, if I want to apply for the job posted. In parallel, I need to practice the rest of the skills required to be possessed, so I may prepare myself better, even though I already have those skills. Finally, I would need to read about SSAE16 and SOX standards, because I never used them in my career, which is something that should make me decide should I apply or not for the illustrated job position. Because I have experience in working with other 3rd party email software, my transition to Microsoft Exchange is going to be much faster than for someone never working on any email server.

The reason why I am telling you this is to emphasize the importance of making a proper judgment when considering the time needed for your preparation (no any company will wait for you one month to prepare yourself for getting of its job).

CONCLUSION

It is your choice would you be dedicated and responsible in the process of getting a job, or you will approach that process casually, do not paying attention on the things I explained. If you are employer, the prosperity of your company depends from your selection and hiring right people; this is why you should consider many other parallel things in addition to the university degrees your applicant have. Regardless wherever you are, on the employer or employee side, you must understand every single element that affects both, the applying and hiring, processes.

Milan Kjalasan
Published on 25th of July 2021st, Sunday, 00:24 AM
Salt Lake City, Utah, United States

On Sat, Jul 24, 2021, 09:55 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

UNIFYING COMPATIBILITIES BETWEEN UNITED STATES AND CANADA

PART 1 – ADVANTAGES

BEFORE YOU START READING

Before you start reading and analyzing the content and facts I exposed, please keep in mind that I do nothing other than what United States Government does while promoting the freedom, democracy, and prosperity around the

[redacted]

BEFORE YOU START READING

Before you start reading and analyzing the content and facts I exposed, please keep in mind that I do nothing other than what United States Government does while promoting the freedom, democracy, and prosperity around the world. This is why nothing proposed by me is enforced but exposed to you for profound thinking and discussion, so every political and non-political factor may start debating about this idea and proposal of unifying the United States and Canada into a new and more powerful nation named NORTH AMERICA. What I just said is not something new, but something that United States did several times in the past through its purchases of Alaska from Russia (1767), Louisiana from France (1803), and Florida from Spain (1821). Finally, through its annexation of Texas in 1845, United States Government demonstrated two different models of non-violent expansion of its territory, which made it establish itself as one of the most powerful nations today, having excellent position to extend its political, economic, and national security power through another non-violent unification, this time with its old partner, Canada. In regards to proposed name change (NORTH AMERICA), which should geographically extend the general unifying name of the 50 states of America (United States), it would display the power of having continental control from west, north, and east, dramatically empowering the new nation of American and Canadian people. The proposed name change should not negatively affect neither United States nor Canada, because the name NORTH AMERICA does not endanger anyone's identity, because the people of United States and Canada have immigrant roots that origin from Europe, Africa, Asia, etc. The citizen, non-nationalistic concept for which I am

talking about, is what United States and European Union successfully tested and applied over Macedonia, which is now renamed into NORTH MACEDONIA. Observed everything prospectively, especially when knowing that the world's political elite has several projects of unification in front of it, as the unification of North and South Korea for example, I believe that it should seriously consider the unification I proposed (United States and Canada), and, in parallel to everything else, demonstrate that political receipts advised to other nations are genuine, simply because they are also implemented by the advisories' nations, being applied over their own political systems, improving and empowering them. I guess that you, after analyzing the facts and argumentation I exposed, will realize that United States and Canada have far more geographic, cultural, political, economic, national security, religious, communicating, trafficking, and many other compatibilities than any other two nations in the world. This is why you should support us placing the United States and Canada into a new and closer unity, demonstrating to the world that what we preach to other nations is what we implement on our selves.

BENEFITS FROM UNIFYING THE UNITED STATES AND CANADA

1. Covering the west, north, and east portion of the North American Continent
2. Reaching the top most latitudes in wide area span
3. Better National Security through improved ocean control
4. Free traveling zone
5. Better natural and human resource management
6. Bigger Total GDP
7. Opportunities for utilizing of the Canadian unpopulated territory
8. More business opportunities for both nations

PART 2 – COMPATIBILITIES

HISTORICAL COMPATIBILITY (PURCHASES AND ANNEXATION)

Independence:

United States: 1776
Canada: 1767

Territory Expansion through purchasing (78 years period):

United States: Alaska Purchase (1767)
United States: Missouri Purchase (1803)
United States: Florida Purchase (1821)
United States: Texas Annexation (1845)

POPULATION (PROPORTIONAL COMPATIBILITY WITH THE GDP)

United States = 331 millions
Canada = 38 millions (approximately 1 tenth of US)

ECONOMIC COMPATIBILITY (PROPORTIONAL COMPATIBILITY WITH THE NUMBER OF CITIZENS)

United States GDP in 2021 estimate
Total (increase): $22.675 trillion (2nd)
Per capita (increase): $68,309 (7th)

Canadian GDP in 2021 estimate
Total (increase): $1.979 trillion (15th - approximately 1 tenth of US)
Per capita (increase): $51,713 (20th)

MONETARY COMPATIBILITY

1 USD = 1.26 Canadian Dollars

TERRITORIAL COMPATIBILITY

United States Territory: 3.796.642 sq mi
Canadian Territory: 3.855.100 sq mi

RELIGIOUS COMPATIBILITY

United States: Christians: 65%
Canada: Christians: 67%

United States: Nonreligious: 28%
Canada: Nonreligious: 25%

United States: Others: 7%
Canada: Others: 9%

STANDARDS COMPATIBILITY

United States: Date format: mm-dd-yyyy (AD)
Canada: Date format: mm-dd-yyyy (AD); yyyy-mm-dd (AD)

TRAFFIC COMPATIBILITY

United States: Driving side: right
Canada: Driving side: right

[redacted]

TRAFFIC COMPATIBILITY

United States: Driving side: right
Canada: Driving side: right

COMMUNICATING COMPATIBILITY

United States: Calling Code: +1
Canada: Calling Code: +1

United States: Official Language = English & Spanish (prospectively)
Canada: Official Language = English & French

GEOGRAPHIC COMPATIBILITY

United States: Time zone: UTC -4 to -12; +10, +11
Canada: Time zone: UTC-3.5 to -8

Note: The statistical information is taken from unofficial sources.

PART 3 – CHALLENGES

INCOMPATIBILITIES (ADAPTIVE CHALLENGES)

1. Monarchy Adaptation

Q: How to manage the Canadian Monarchy integration?
A: Using the UK Parliamentary Monarchy and European Union Past Integration as an Example

2. French Language Inclusion

Q: How to integrate the French Language?
A: Using the Spanish Language Integration Model Applied in the United States as an Example

PART 4 – APPROACH

APPROACH TO UNITED STATES AND CANADA UNIFICATION

1. Legal
2. Democratic
3. Transparent
4. Nonviolent

MODEL OF UNIFICATION (LEVELED)

1. Creating a political, economic, cultural, and national security NORTH AMERICAN UNION (transitional objective)
2. Classical Unifying into a New Nation named NORTH AMERICA (final objective)

METHOD OF UNIFICATION

1. Democratic (Voting on Referendum)

ADDITIONAL ACTIVITIES

1. Creating transitioning model of unification between South American nations
2. Encouraging similar unification in South America between Hispanic and Portuguese speaking nations into a new nation named SOUTH AMERICA

ORGANIZATIONAL ACTIVITIES IN REGARDS TO UNIFICATION

1. Creating an NGO
2. Creating a statue and program
3. Creating American Lobby groups
4. Creating Canadian Lobby groups
5. Providing Sponsorship
6. Providing Media Support

Milan Kjalasan
Published on 24th of July 2021st, Saturday, 09:55 AM
Salt Lake City, Utah, United States

On Fri, Jul 23, 2021, 11:15 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

TODAY'S REALITY IS NOT BRIGHT AS THE FUTURE THAT GOOD PEOPLE PURSUE

The things seen today as our reality and future, same as the things assessed as an unrealistic utopia that cannot become our reality are things that our future will prove as a weakness of this generation that displayed itself as incapable to discover and achieve the higher values of the humanity in which the benefits from the mutual understanding and cooperation are going to supersede all obstacles caused by the presence of low level of humanity, ethics, and intelligence.

INITIATING UNIFICATION OF UNITED STATES AND CANADA INTO A NATION NAMED NORTH AMERICA

Realizing and feeling the today's stagnation in the advanced political, economic, cultural, social, and civil processes while being aware that every revolutionary attempt that tries to defeat the backwardness of the generations that could not, neither they can, realize the advantages of unifying of closely compatible nations that share common values, languages, culture, scientific achievements, economic development, living standard, and many other things that make them compatible for unifying, I decided to active and dynamic, in real time, initiate and develop a project that will try to achieve my long years idea and wish that will unify America and Canada into a new country named NORTH AMERICA, a country that will geographically, politically, and economically establish almost full control over the north American continent, achieving benefits that I will point to you through my presentation of this topic.

BEING RECIPROCAL IN THE ONGOING POLITICAL ACTIVITIES OF AMERICA TOWARDS MACEDONIA

Acting reciprocally to the official politics of the United States of America, which along with the European Union contributed to overall changing of the Macedonian identity and nation through its renaming from Macedonia into NORTH MACEDONIA, I am recommending the same model of renaming of the American identity and nation through its uniting with Canada, giving tribute to the honest and good willing objectives of the American Government, which should be promoted and achieved along with the Macedonian.

NONVIOLENT RESPONDING ON INJUSTICES OF THE AMERICAN AUTHORITIES

Even though I am surrounded by an unseen oppression by few American federal agencies that promote destructive objectives through such activities and isolation, I yet believe that their injustices must be responded humanly and intellectually; this is why my intellect and creativity are directed towards the improvement of the American society, which I try to develop, correct, and free from all negativities that degrade it on cultural and social plan because of the limitations imposed through economic and political aspirations of subversive American powerful entities that promote criminal, not hunan, type of globalization.

EXPECTING CONTRIBUTION BY ALL GOVERNMENTS

At the end of this initial exposure of my idea and proposal for unifying of America and Canada into a new nation named NORTH AMERICA, I am informing you that I will explain all the advantages and challenges that such project should face, motivating the American and Canadian governments, including the European Union, to give contribution in proposed unification that should be saluted and encouraged by the whole world community.

Milan Kjalasan

[redacted]

Canada: Official Language • English & French

GEOGRAPHIC COMPATIBILITY

United States: Time zone: UTC -4 to -12; +10, +11
Canada: Time zone: UTC-3.5 to -8

Note: The statistical information is taken from unofficial sources.

PART 3 – CHALLENGES

INCOMPATIBILITIES (ADAPTIVE CHALLENGES)

1. Monarchy Adaptation

Q: How to manage the Canadian Monarchy integration?
A: Using the UK Parliamentary Monarchy and European Union Past Integration as an Example

2. French Language Inclusion

Q: How to integrate the French Language?
A: Using the Spanish Language Integration Model Applied in the United States as an Example

PART 4 – APPROACH

APPROACH TO UNITED STATES AND CANADA UNIFICATION

1. Legal
2. Democratic
3. Transparent
4. Nonviolent

MODEL OF UNIFICATION (LEVELED)

1. Creating a political, economic, cultural, and national security NORTH AMERICAN UNION (transitional objective)
2. Classical Unifying into a New Nation named NORTH AMERICA (final objective)

METHOD OF UNIFICATION

1. Democratic (Voting on Referendum)

ADDITIONAL ACTIVITIES

1. Creating transitioning model of unification between South American nations
2. Encouraging similar unification in South America between Hispanic and Portuguese speaking nations into a new nation named SOUTH AMERICA

ORGANIZATIONAL ACTIVITIES IN REGARDS TO UNIFICATION

1. Creating an NGO
2. Creating a statue and program
3. Creating American Lobby groups
4. Creating Canadian Lobby groups
5. Providing Sponsorship
6. Providing Media Support

Milan Kjalasan
Published on 24th of July 2021st, Saturday, 09:55 AM
Salt Lake City, Utah, United States

On Fri, Jul 23, 2021, 11:15 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

> TODAY'S REALITY IS NOT BRIGHT AS THE FUTURE THAT GOOD PEOPLE PURSUE
> The things seen today as our reality and future, same as the things assessed as an unrealistic utopia that cannot become our reality are things that our future will prove as a weakness of this generation that displayed itself as incapable to discover and achieve the higher values of the humanity in which the benefits from the mutual understanding and cooperation are going to supersede all obstacles caused by the presence of low level of humanity, ethics, and intelligence.
> INITIATING UNIFICATION OF UNITED STATES AND CANADA INTO A NATION NAMED NORTH AMERICA
> Realizing and feeling the today's stagnation in the advanced political, economic, cultural, social, and civil processes while being aware that every revolutionary attempt that tries to defeat the backwardness of the generations that could not, neither they can, realize the advantages of unifying of closely compatible nations that share common values, languages, culture, scientific achievements, economic development, living standard, and many other things that make them compatible for unifying, I decided to active and dynamic, in real time, initiate and develop a project that will try to achieve my long years idea and wish that will unify America and Canada into a new country named NORTH AMERICA, a country that will geographically, politically, and economically establish almost full control over the north American continent, achieving benefits that I will point to you through my presentation of this topic.
> BEING RECIPROCAL IN THE ONGOING POLITICAL ACTIVITIES OF AMERICA TOWARDS MACEDONIA
> Acting reciprocally to the official politics of the United States of America, which along with the European Union contributed to overall changing of the Macedonian identity and nation through its renaming from Macedonia into NORTH MACEDONIA, I am recommending the same model of renaming of the American identity and nation through its uniting with Canada, giving tribute to the honest and good willing objectives of the American Government, which should be promoted and achieved along with the Macedonian.
> NONVIOLENT RESPONDING ON INJUSTICES OF THE AMERICAN AUTHORITIES
> Even though I am surrounded by an unseen oppression by few American federal agencies that promote destructive objectives through such activities and isolation, I yet believe that their injustices must be responded humanly and intellectually; this is why my intellect and creativity are directed towards the improvement of the American society, which I try to develop, correct, and free from all negativities that degrade it on cultural and social plan because of the limitations imposed through economic and political aspirations of subversive American powerful entities that promote criminal, not hunan, type of globalization.
> EXPECTING CONTRIBUTION BY ALL GOVERNMENTS
> At the end of this initial exposure of my idea and proposal for unifying of America and Canada into a new nation named NORTH AMERICA, I am informing you that I will explain all the advantages and challenges that such project should face, motivating the American and Canadian governments, including the European Union, to give contribution in proposed unification that should be saluted and encouraged by the whole world community.
> Milan Kjalasan
> Published on 23rd of July 2021st, Friday, 11:11 AM
> Salt Lake City, Utah, United States

[redacted]

Gmail                                          Milan Kjalasan <milan.kjalasan.197208131630@gmail.com>

---

**Re: IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD**
1 message

---

**Milan Kjalasan** <milan.kjalasan.197208131630@gmail.com>                    Tue, Jul 27, 2021 at 1:13 PM
To: #01 FBI San Antonio Office 1 <sa2@fbi.gov>, #02 FBI San Antonio Office 2 <sanantonio@ic.fbi.gov>, #03 FBI Chicago Office <chicago@ic.fbi.gov>, "@04 - Marko Calasan" <calasanmarko@hotmail.com>, #05 Joseph Soto <joseph.soto@ice.dhs.gov>, "#06 Las Vegas Metro Police (LVMPD)" <pio@lvmpd.com>, #07 LV Metro Counter Terrorism <G15049A@lvmpd.com>, #08 LV City and NV State 1 <ana.quintanilla@mail.house.gov>, #09 LV City and NV State 2 <Cassandra.Munoz@mail.house.gov>, #10 MK Embassy in Washington DC <washington@mfa.gov.mk>, #11 MK Consulate in Chicago <chicago@mfa.gov.mk>, "#12 American Embassy in Skopje, North Macedonia" <consularskopje@state.gov>, #13 Macedonian Ministry of Interior <kontakt@moi.gov.mk>, #14 MUP - Croatia <pisarnica@mup.hr>, #15 MUP - Serbian Republic <info@mup.gov.rs>, #16 UNHCR - Russia <RUSMO@unhcr.org>, #17 UK Amnesty International <duncan.tucker@amnesty.org>, #18 Catholic Charities - Johnnie Johns <jjohns@catholiccharities.com>, #19 Catholic Charities - Jasmine Coca <jcoca@catholiccharities.com>, #20 Catholic Charities - Jim Dean <jdean@catholiccharities.com>, "@01 - Ivan Calasan" <calasanivan@yahoo.com>, "@23 - Kristina Kukolj" <christinakukolj@hotmail.com>, "@37 - Vojislav Kukolj" <vojislav.kukolj@gmail.com>, USUA 1 Pamela Lynn Holt <cabotguardgirl@yahoo.com>, USUA 1 Pamela Lynn Holt <pam.holt1336@gmail.com>, USUA 1 Andy Henke <andyhenke@gmail.com>

IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD

PRELUDE

Do not talk what they want to hear, but the truth they fear; this is the only way that can make them understand those who they suppress, the promoters of peace, humanity, and well being of everyone.

THE MAJORITY OF THE BRAINWASHED AMERICANS IS DESTROYING THE INTELLECTUAL FORCE OF AMERICA

The suffering of this world is closely related to what is happening in the United States; the level of understanding and ethics of the middle class Americans is so low that it allows American society continue degrading into one of the most brainwashed societies that can be found in the world, suppressing the progressive power of every quality American that promotes the freedom of thinking, expressing, and living, actively resisting what the whole world already recognized, the politely expressed lies, dictatorship, and attempt of establishment of discrete political, economic, cultural, and social control of the whole world, which act of abuse comes from corrupted segment of the United States Government and businesses that exploit everyone's corruption in shadow, something that negatively affects the rest of the world's governments that fearfully obey what needs to be confronted, the crimes that suppress what the good people and Americans promote, the ethical, economic, and political improvement of the United States Government, society, and rest of the world.

THE DIFFERENCE BETWEEN THE GOOD AND BAD AMERICANS

The good Americans are the same as all other good people from everywhere around the world; they like the people, life, and everyone's progression, keeping themselves separated from those who I call bad Americans and foreigners who try to be like them, destructive people who desire to become part of the governmental dirty jobs and crimes while enjoying in watching dramatic TV shows that display violence, as well in pushdowns of disliked people and nations, while imitating and ridiculing the undesired politicians and other public people, instead of getting an example in those who desperately try to improve their and everyone else's society.

THE CORRUPTED UNITED STATES AGENCIES ARE USING THE EVIL FOR FIGHTING A BIGGER EVIL

In order to defeat what corrupted segment of United States Government assessed as "evil" (competitive), the United States agencies that operate in criminal fashion manage subversive activities against their own people through indoctrination and radicalization of politically or criminally profiled people, primarily focusing on ideologically opposing foreigners and mentally ill domestic individuals, systematically provoking, upsetting, and angering them while exposing details of the crimes they already managed before other, also indoctrinated and radicalized aggravated people, executed them.

"EVERY ACTION CAUSES REACTION" IS WHAT CORRUPTED SEGMENT OF UNITED STATES TRIGGERS AND ABUSES

Through destroying the targeted people's marriage, relationships with others, their professional reputation, social status, health, and life of everyone for whom those targeted people care, the corrupted segment of United States Intelligence causes complete elimination of every reason of why those completely ruined individuals should continue living their life while their loved ones are hurt and killed, causing such powerful personality disorder that referred agencies utilize in already managed action-reaction type of engineered projects they indirectly, and on many different ways, control and drive their subjects of such attacks into violent revengeful action that is planned to be responded later (after being executed) with legal action that should change certain law, lead into military intervention, or cause anything that should bring desired political, economic, and social benefits for the agencies and business entities that contemplate and manage such criminal governmental projects.

NO EVERYONE EXPOSED ON INDOCTRINATION AND RADICALIZATION IS REVENGEFUL OR BAD PERSON

Rarely, because in most of the cases the corrupted segment of United States Intelligence works over partially intelligent and corrupt people, it makes mistakes while trying to indoctrinate, radicalize, and corrupt just people, selecting wrong people that cannot be bribed, scared, or anyhow placed under its control; this is when the troubles come for United States Intelligence and every agency it abused for distribution of provocative, blackmailing, threatening, informative, confirmative, and many other types of messages through which it already exposed lot of anticipating information about incoming subversions it managed.

DEFAMATION, COLLATERAL DAMAGE, HARM, AND PERSECUTION AS SOME OF THE METHODS FOR SILENCING

Fearing the information it already passed to its previously quiet, later on non-submissive and undisciplined, targets, the corrupted segment of United States Intelligence, including the one of its partnered domestic and bilateral agencies, starts utilizing every single information it considers as useful for fabricating of a crime that should disgrace its subjects of attempted indoctrination, radicalization, and corruption, setting fake accusations that target primarily intimate but sensitive matters (sexual harassment, homosexuality, bisexuality, pedophilia, etc.), while managing collateral damages, harms, persecutions, and other expressions of oppression.

THE UNETHICAL POLICIES OF CERTAIN INVESTIGATIVE AGENCIES RUINE EVERYTHING

In order to provide themselves with information, most of United States investigative agencies make cardinal mistakes through applying inhumane and hurtful methods of information procurement, causing resentment in the just subjects of fabricated "investigations", making them look up for new domestic and foreign investigative partners that should process neutral non-biased investigation.

THE UNITED STATES COMMUNITY AS ABUSED SUPPORTIVE FACTOR THAT NEEDS EDUCATION

Being played for so long, the United States community, along with the state-based agencies, need additional education and correction of their ways of cooperating and interacting the federal agencies, something they must do in order to provide higher safety and security of their locals and subjects of unjust "investigation" through preventing their staff being beguiled and manipulated through supporting of fabricated activities that are one-sided

[redacted]

THE UNITED STATES COMMUNITY AS ABUSED SUPPORTIVE FACTOR THAT NEEDS EDUCATION

Being played for so long, the United States community, along with the state-based agencies, need additional education and correction of their ways of cooperating and interacting the federal agencies, something they must do in order to provide higher safety and security of their locals and subjects of unjust "investigation" through preventing their staff being beguiled and manipulated through supporting of fabricated activities that are one-sided.

MY DISCRETION TRIES TO INCITE EVERYONE'S CORRECTION; IT DOES NOT PURSUE PUNISHMENT

Regardless of how I am approached and treated by the United States Government, agencies, and community, my attitude in regards to confronting the injustices of United States Government is always the same; I do not talk about anyone personally but generally, clearly discerning the corrupted from the incorruptible segment of the United States Government, do not affiliating with any political side in order not to become instrumental to any domestic or foreign political subject except to the truth, justice, and process of positive correction of the American society, which process I started shortly after arriving in the United States.

THOSE WHO ARE SMART WILL RECOGNIZE AND CORRECT THEMSELVES, OTHERS WILL FAIL AS USUAL

No one can stand and represent the law and justice if applies unjust methods of achieving what it wants; this is why only just people, not crooked governmental representatives and such community supporters should run the United States Government, agencies, and companies that currently act contrary to how every ethically upright person should act, provocatively harassing instead to culturally discuss anything they do not understand.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 17:13
Salt Lake City, Utah, United States

On Tue, Jul 27, 2021, 11:04 Milan Kjalasan <milan kjalasan 197208131630@gmail com> wrote

IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD

PRELUDE

Do not talk what they want to hear, but the truth they fear; this is the only way that can make them understand those who they suppress, the promoters of peace, humanity, and well being of everyone.

THE MAJORITY OF THE BRAINWASHED AMERICANS IS DESTROYING THE INTELLECTUAL FORCE OF AMERICA

The suffering of this world is closely related to what is happening in the United States; the level of understanding and ethics of the middle class Americans is so low that it allows American society continue degrading into one of the most brainwashed societies that can be found in the world, suppressing the progressive power of every quality American that promotes the freedom of thinking, expressing, and living, actively resisting what the whole world already recognized, the politely expressed lies, dictatorship, and attempt of establishment of discrete political, economic, cultural, and social control of the whole world, which comes from corrupted segment of the United States Government and businesses that exploit everyone's corruption in shadow, something that negatively affects the rest of the world's governments that fearfully obey what needs to be confronted, the crimes that suppress what good the good people and Americans promote, the ethical, economic, and political improvement of the United States Government, society, and rest of the world.

THE DIFFERENCE BETWEEN THE GOOD AND BAD AMERICANS

The good Americans are the same as all other good people from all other countries; they like the world, people, life, and everyone's progression, keeping themselves separated from those who I call bad Americans and destructive foreigners who try to be like them, destructive people who desire to become part of the governmental dirty jobs and crimes while enjoying in watching dramatic TV shows that display care chasings, street shootings, and other types of violent acts, pushing down disliked people and nations while imitating and ridiculing undesired politicians and other public people, instead of getting an example in those who desperately try to improve their and everyone else's society.

CORRUPTED UNITED STATES AGENCIES ARE USING THE EVIL FOR FIGHTING A BIGGER EVIL

In order to defeat what corrupted segment of United States Government assessed as "evil" (competitive), United States agencies that operate in criminal fashion plan subversive acts through indoctrination and radicalization of politically or criminally profiled people, primarily focusing ob foreigners and domestic mentally ill individuals, systematically provoking, upsetting, and angering them while exposing to them the crimes they already planned before others as them execute them, performing this miserable manipulative crime against those members of the targeted group who they incite to respond through violent revengeful act against random American people.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 11:03 AM
Salt Lake City, Utah, United States

On Tue, Jul 27, 2021, 09:17 Milan Kjalasan <milan kjalasan 197208131630@gmail com> wrote:

IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD

PRELUDE

Do not talk what they want to hear, but the truth they fear; this is the only way that can make them understand those who they suppress, the promoters of peace, humanity, and well being of everyone.

THE MAJORITY OF THE BRAINWASHED AMERICANS DESTROYS THE INTELLECTUAL FORCE OF AMERICA

The suffering of this world is closely related to what is happening in the United States; the level of understanding and ethics of the middle class Americans is so low that it allows American society continue degrading into one of the most brainwashed societies that can be found in the world, suppressing the progressive power of every quality American that promotes the freedom of thinking, expressing, and living, actively resisting what the whole world already recognized, the politely expressed lies, dictatorship, and attempt of establishment of discrete political, economic, cultural, and social control of the whole world, which comes from corrupted segment of United States Government and businesses that exploit everyone's corruption in shadow, something that negatively affects the rest of the world's governments that fearfully obey what needs to be confronted, the crimes that suppress what good Americans promote, the ethical, economic, and political improvement of United States Government and Society.

THE DIFFERENCE BETWEEN THE GOOD AND BAD AMERICANS

The good Americans are the same as all other good people from all other countries; they like the world, people, life, and everyone's progression, keeping themselves separated from those who I call bad Americans and destructive foreigners who imitate them, people who desire to become part of the governmental dirty jobs and crimes while

enjoying in watching dramatic TV shows that display care chasings, street shootings, and other types of violences, pushing down the disliked people and nations while imitating and ridiculing the undesired politicians and other famous people, instead of getting an example in those who desperately try to improve their and everyone else's society.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 09:17 AM

[redacted]

instead of getting an example in those who desperately try to improve their and everyone else's society.

CORRUPTED UNITED STATES AGENCIES ARE USING THE EVIL FOR FIGHTING A BIGGER EVIL

In order to defeat what corrupted segment of United States Government assessed as "evil" (competitive), United States agencies that operate in criminal fashion plan subversive acts through indoctrination and radicalization of politically or criminally profiled people, primarily focusing ob foreigners and domestic mentally ill individuals, systematically provoking, upsetting, and angering them while exposing to them the crimes they already planned before others as them execute them, performing this miserable manipulative crime against those members of the targeted group who they incite to respond through violent revengeful act against random American people.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 11:03 AM
Salt Lake City, Utah, United States

On Tue, Jul 27, 2021, 09:17 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD

PRELUDE

Do not talk what they want to hear, but the truth they fear; this is the only way that can make them understand those who they suppress, the promoters of peace, humanity, and well being of everyone.

THE MAJORITY OF THE BRAINWASHED AMERICANS DESTROYS THE INTELLECTUAL FORCE OF AMERICA

The suffering of this world is closely related to what is happening in the United States; the level of understanding and ethics of the middle class Americans is so low that it allows American society continue degrading into one of the most brainwashed societies that can be found in the world, suppressing the progressive power of every quality American that promotes the freedom of thinking, expressing, and living, actively resisting what the whole world already recognized, the politely expressed lies, dictatorship, and attempt of establishment of discrete political, economic, cultural, and social control of the whole world, which comes from corrupted segment of United States Government and businesses that exploit everyone's corruption in shadow, something that negatively affects the rest of the world's governments that fearfully obey what needs to be confronted, the crimes that suppress what good Americans promote, the ethical, economic, and political improvement of United States Government and Society.

THE DIFFERENCE BETWEEN THE GOOD AND BAD AMERICANS

The good Americans are the same as all other good people from all other countries; they like the world, people, life, and everyone's progression, keeping themselves separated from those who I call bad Americans and destructive foreigners who imitate them, people who desire to become part of the governmental dirty jobs and crimes while

enjoying in watching dramatic TV shows that display care chasings, street shootings, and other types of violences, pushing down the disliked people and nations while imitating and ridiculing the undesired politicians and other famous people, instead of getting an example in those who desperately try to improve their and everyone else's society.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 09:17 AM
Salt Lake City, Utah, United States

On Tue, Jul 27, 2021, 08:21 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

THE MAJORITY OF THE BRAINWASHED AMERICANS DESTROYS THE INTELLECTUAL FORCE OF AMERICA

The suffering of this world is closely related to what is happening in the United States; the level of ethics of the middle class Americans is so low that it allows American society continue degrading into one of the most brainwashed societies that can be found in the world, suppressing the progressive power of every quality American that promotes the freedom of thinking, expressing, and living, actively resisting what the whole world already recognized, the politely expressed lies, dictatorship, and attempt of establishment of discrete political, economic, cultural, and social control of the whole world by corrupted segment of United States Government and businesses that exploit its corruption in shadow, something that negatively affects the rest of the world's governments that fearfully obey what needs to be confronted, the crimes that suppress what good Americans promote, the ethical, economic, and political improvement of United States Government and Society.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 08:21 AM
Salt Lake City, Utah, United States

On Tue, Jul 27, 2021, 07:36 Milan Kjalasan <milan.kjalasan.197208131630@gmail.com> wrote:

IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD

PRELUDE

Do not talk what they want to hear, but the truth they fear; this is the only way that can make them fear those who they suppress, the promoters of peace, humanity, and well being of everyone.

Milan Kjalasan
Published on 27th of July 2021st, Tuesday, 07:36 AM
Salt Lake City, Utah, United States

Milan Kjalasan

4th of January 2026th, Sunday, 19:54

Lanai City, Hawaii, United States

(8) MY JULY 2021ST EMAIL HAVING THE SUBJECT "IDEA AND PROPOSAL FOR UNIFICATION OF THE NORTH AMERICAN CONTINENT" WAS ADDITIONALLY SUPPORTED BY MY EMAILS AND DATA "BRIEFLY EXPOSING MY NORTH AMERICA IDEA AND PROPOSAL SENT TO THE US AND CANADA'S GOVERNMENTS" AND "IMPROVE UNITED STATES IF YOU WANT TO IMPROVE THE REST OF THE WORLD", IS ADDITIONALLY SUPPORTED BY THE PDF COPIES OF MY ORIGINAL LETTERS, WHICH ARE ADDITIONALLY SUPPORTED BY THE MP3 READOUTS I MADE THESE DAYS FOR YOUR CONVENIENCE AND EASIER GRASPING OF NOT ONLY MY AMERICAN AND CANADA UNIFICATION PROJECT STOLEN BY THE UNITED STATES GOVERNMENT, BUT MORE THAN EVERYTHING, FOR BETTER UNDERSTANDING OF THE IMPORTANCE OF HAVING QUALITY AND SELFLESS HR (HUMAN RESOURCES) STAF, MANAGERS, AND TECHNICIANS ON BOTH SIDES OF THE UNIFICATION PROJECT FOR THE PURPOSE OF ITS PROPER PREPARATION (THE CRUCIAL FACTOR OF SUCCESS) AND RUNNING (TECHNICALLY COMPLETING FACTOR) IN ALL ITS POLITICAL, ECONOMIC, CULTURAL, SOCIAL, AND CIVIL ASPECTS, WHICH I PERFORMED IN EXPECTATION OF RECEIVING ACKNOWLEDGEMENT AND FOLLOW-UP ENGAGEMENT IN MANAGEMENT OF THAT PROJECT PENDING DETAILED ELABORATION EXPLAINING ITS PROPER IMPLEMENTATION, SOMETHING I DISCRETELY EMPHASIZED THROUGH THE CLOSING PART OF MY EMAIL "IDEA AND PROPOSAL FOR UNIFICATION OF THE NORTH AMERICAN CONTINENT" I WROTE FOR THE QUALIFIED INTELLIGENCE-BASED AND POLITICAL ESTABLISHMENT OF THE UNITED STATES GOVERNMENT TO WHICH STAFF I COMMUNICATED IN-PERSON AND REMOTELY I EXPLAINED HOW SUCH UNIFICATION PROJECT SHOULD BE APPROACHED IN ORDER TO BE SUCCESSFULLY IMPLEMENTED, EMPHASIZING THE IMPORTANCE OF SHOWING MUTUAL RESPECT FOR EACH OTHER WHILE PROCESSING THE INTEGRATION OF ALL 50 AMERICAN STATES AND 13 CANADIAN ADMINISTRATIVE UNITS PLANNED TO BE INTEGRATED INTO ONE BIG AND ADVANCED 63 STATES' NATION THAT SHOULD BECOME BIGGEST IN THE WORLD, KNOWING THAT THE CANADIAN TERRITORY IS SLIGHTLY BIGGER THAN THE ONE OF THE UNITED STATES, THUS MAKING THIS UNIFICATION DOUBLE BOTH NATIONS' SIZES WHILE PROVIDING CAPABILITIES FOR ESTABLISHING OF ULTIMATE CONTINENTAL CONTROL AND ACCESS TO SHORT TRAVELING ROUTES THROUGH THE ARCTIC LATITUDES ALLOWING QUICK PASSAGE TO EVERY SIDE OF THE GLOBE, SOMETHING THAT SHOULD OPEN ENORMOUS SPACE FOR DEVELOPMENT OF HUGE NUMBER OF SECURITY, ECONOMIC, SOCIAL, AND CIVIL PRODUCTS AND OPPORTUNITIES THAT MUST BE PURSUED THROUGH MUTUAL RESPECT AND EQUALITY, NOT THROUGH DOMINATION AND ECONOMIC THREATS, AS THOSE NOTICEABLE THROUGH BY-THE-GOVERNMENT MODIFIED APPROACH PURSUING ANNEXATION OF CANADA INTO 51ST STATE WHILE SIMULTANEOUSLY MODIFYING MY CANADIAN MINERALS RESEARCH

INTO THE AMERICAN - UKRAINIAN MINERAL DEAL, REPRESENTING ANOTHER INTELLECTUAL PROPERTY THEFT




Yukon Territory
Whitehorse
Northwest Territories
Yellowknife
Nunavut
Iqaluit
Newfoundland and Labrador
St. Johns
British Columbia
Victoria
Alberta
Edmonton
Saskatchewan
Regina
Manitoba
Winnipeg
Ontario
Ottawa
Toronto
Quebec
Quebec Cit
Prince Edward Island
(Charlottetown)
Halifax
Nova Scotia
New Brunswick
(Fredericton)


Arctic Ocean
Learning Mat
Use with dry-erase markers, damp wipe markers or washable crayons
GREENLAND (KALAALLIT NUNAAT) (DENMARK)
ALASKA (U.S.A.)
Alert
ELLESMERE ISLAND
Beaufort Sea
BANKS ISLAND
Resolute
Baffin Bay
VICTORIA ISLAND
BAFFIN ISLAND
Inuvik
Dawson
YUKON TERRITORY
Whitehorse
Great Bear Lake
NORTHWEST TERRITORIES
Yellowknife
Great Slave Lake
Gjoa Haven
Northwestern Passages
NUNAVUT
Baker Lake
Iqaluit
Labrador Sea
North Atlantic Ocean
Gulf of Alaska
NEWFOUNDLAND & LABRADOR
Nain
Kuujjuaq
Churchill Falls
St. John's
Fort Nelson
BRITISH COLUMBIA
Hudson Bay
Churchill
Fort McMurray
Lake Athabasca
Prince George
ALBERTA
MANITOBA
QUEBEC
Edmonton
Lake Winnipeg
PRINCE EDWARD ISLAND
North Pacific Ocean
Kamloops
Sandy Lake
NEW BRUNSWICK
Charlottetown
Fredericton
Vancouver
Calgary
Saskatoon
ONTARIO
Halifax
Victoria
Regina
Quebec City
North Atlantic Ocean
SASKATCHEWAN
Winnipeg
OTTAWA
Montreal
NOVA SCOTIA
Thunder Bay
Lake Superior
UNITED STATES OF AMERICA
Lake Huron
Lake Michigan
Toronto
Lake Ontario
Windsor
Lake Erie
Province, Territory Capital
NATIONAL CAPITAL
Cities, Towns, Villages


CANADA
ARCTIC OCEAN
GREENLAND (DENMARK)
NORTH AMERICA
USA
Mt. Logan 5,959 m
Whitehorse
Yellowknife
Great Bear Lake
Great Slave Lake
Lake Athabasca
Fort McMurray
Mount Robson 3,954 m
Edmonton
Royal Tyrrell Museum
Calgary
Saskatoon
Regina
Winnipeg
Vancouver
Victoria
Whistler Blackcomb
Vancouver Aquarium
Churchill
Baffin Island
Lake Winnipeg
Thunder Bay
Lake Superior
OTTAWA
Parliament Buildings
Toronto
CN Tower
Montreal
Quebec
Halifax
Cabot Trail
The Bay of Fundy
Thousand Islands National Park
Oshawa
Lake Ontario
Niagara Falls
Windsor
Lake Erie
Lake Huron
Lake Michigan
Laurentian Highlands
UNITED STATES OF AMERICA
ATLANTIC OCEAN
PACIFIC OCEAN
LEGEND
Country Boundary
Major Road
Other Road
River
Major City
Sea Port
Country Capital
Airport
Point of Interest
National Park
Waterbody
Mt. Peak
Copyright © 2019 www.mapsofworld.com


YT
NT
NU
BC
AB
SK
MB
ON
QC
NL
PE
NB
NS
ME
NH
VT
MA
RI
CT
NJ
DE
MD
DC
WA
OR
CA
ID
NV
MT
WY
UT
CO
AZ
NM
ND
SD
NE
KS
OK
TX
MN
IA
MO
AR
LA
WI
IL
MI
IN
OH
KY
TN
MS
AL
GA
FL
SC
NC
VA
WV
PA
NY
MX
AK
HI


UNITED STATES of AMERICA
WASHINGTON
OREGON
CALIFORNIA
NEVADA
IDAHO
MONTANA
WYOMING
UTAH
ARIZONA
COLORADO
NEW MEXICO
NORTH DAKOTA
SOUTH DAKOTA
NEBRASKA
KANSAS
OKLAHOMA
TEXAS
MINNESOTA
IOWA
MISSOURI
ARKANSAS
LOUSIANA
WISCONSIN
ILLINOIS
MICHIGAN
INDIANA
OHIO
KENTUCKY
TENNESSEE
MISSISSIPPI
ALABAMA
GEORGIA
FLORIDA
SOUTH CAROLINA
NORTH CAROLINA
VIRGINIA
WEST VIRGINIA
PENNSYLVANIA
NEW YORK
VERMONT
MAINE
NEW HAMPSHIRE
MASSACHUSETTS
RHODE ISLAND
CONNECTICUT
NEW JERSEY
DELAWARE
MARYLAND
designed by freepik.com


VERMONT
MAINE
WASHINGTON
MONTANA
NORTH DAKOTA
MINNESOTA
NEW HAMPSHIRE
OREGON
IDAHO
SOUTH DAKOTA
WISCONSIN
MICHIGAN
NEW YORK
MASSACHUSETTS
RHODE ISLAND
WYOMING
IOWA
PENNSYLVANIA
CONNECTICUT
NEBRASKA
ILLINOIS
INDIANA
OHIO
NEW JERSEY
NEVADA
WEST VIRGINIA
DELAWARE
UTAH
COLORADO
KANSAS
MISSOURI
KENTUCKY
MARYLAND
WASHINGTON, D.C.
CALIFORNIA
TENNESSEE
VIRGINIA
ARKANSAS
NORTH CAROLINA
OKLAHOMA
ARIZONA
NEW MEXICO
MISSISSIPPI
ALABAMA
GEORGIA
SOUTH CAROLINA
TEXAS
LOUISIANA
ALASKA
FLORIDA
HAWAII


Conservative
New Democrat
Liberal
Bloc Québécois
Green
Stephen Harper 166
Jack Layton 103
Michael Ignatieff 34
Gilles Duceppe 4
Elizabeth May 1
YT SEATS
LIB 0
CON 1
NDP 0
GRN 0
NT SEATS
LIB 0
CON 0
NDP 1
GRN 0
NU SEATS
LIB 0
CON 1
NDP 0
GRN 0
BC SEATS
LIB 2
CON 21
NDP 12
GRN 1
AB SEATS
LIB 0
CON 27
NDP 1
GRN 0
SK SEATS
LIB 1
CON 13
NDP 0
GRN 0
MB SEATS
LIB 1
CON 11
NDP 2
GRN 0
ON SEATS
LIB 11
CON 73
NDP 22
GRN 0
QC SEATS
LIB 7
CON 5
NDP 59
BQ 4
GRN 0




Flin Flon
(copper, zinc, gold)
Yukon
(copper, gold, silver)
NWT
(diamonds)
Nunavut
(gold, iron)
Northern Manitoba
(nickel, cobalt, gold)
Abitibi and James Bay Region
(gold, copper, zinc, diamonds, allied industries)
Northern Saskatchewan
(uranium, gold)
Schefferville
(iron)
Northern Quebec
(nickel)
Voisey's Bay
(nickel)
Northern BC
(copper, gold, molybdenum, metallurgical coal)
Labrador City and Fermont
(iron)
Fort McMurray
(oil sands)
Havre St. Pierre and Sorel-Tracy
(titanium and scandium)
Kitimat
(aluminum)
Newfoundland
(gold, nickel refining)
Southern BC
(copper, gold, molybdenum)
Saguenay Region
(aluminum, niobium)
Vancouver
(exploration, mine financing, allied industries)
New Brunswick
(zinc, lead, salt)
Nova Scotia
(gold, gypsum)
Southern Saskatchewan
(potash, coal)
Montreal and area
(metal refining, aluminum, exploration, allied industries)
Trail
(lead, zinc)
Elk Valley
(metallurgical coal)
Southern Alberta
(coal, allied industries)
Northern Ontario
(gold, palladium, platinum, copper, zinc)
Toronto and southern Ontario
(salt, uranium refining, exploration, mine financing, allied industries)
Sudbury
(nickel, copper, cobalt, allied industries)


CANADA MINERAL MAP
ARCTIC OCEAN
BEAUFORT SEA
U.S.A.
Greenland (Denmark)
Baffin Bay
Greenland Sea
Davis Strait
Labrador Sea
YUKON TERRITORY
NORTHWEST TERRITORIES
NUNAVUT
CANADA
BRITISH COLUMBIA
ALBERTA
SASKATCHEWAN
MANITOBA
HUDSON BAY
NEWFOUNDLAND
QUEBEC
ONTARIO
PRINCE EDWARD IS.
NEW BRUNSWICK
NOVA SCOTIA
PACIFIC OCEAN
ATLANTIC OCEAN
L. Winnipeg
L. Superior
Location of Canada
MINERAL PRODUCTION BY PROVINCE AND TERRITORY, 2011 (p)
Nunavut
Northwest Territories
Yukon
British Columbia
Alberta
Saskatchewan
Manitoba
Ontario
Quebec
New Brunswick
Nova Scotia
Prince Edward Island
Newfoundland and Labrador
Province or Territory
0 2 4 6 8 10 12 14 16 18 20
Production (%)
LEGEND
Metals
Copper
Copper-zinc
Gold
Iron ore
Nickel
Uranium
Zinc
Non - Metals
Diamond
Potash
Iron
Potash/Salt
Salt
Fuel
Coal
Others
International Boundary
Province
0 270 540 1,080 Miles
Copyright © 2012-13 www. mapsofworld.com


Nickel
Copper
Iron
Zinc
Lead
Other base metals
Uranium
Gold
Silver
Platinum group metals
Diamonds
Coal
Potash
Salt
Gypsum
Tar sands
Asbestos

# Mines in Canada

CANADA ACTION



## British Columbia (BC)
- Elk Valley - metallurgical coal
- Kitimat - aluminum
- North BC - copper, gold, molybdenum, metallurgical coal
- South BC - copper, gold molybdenum
- Vancouver - exporation, mine financing, allied industries
- Trail - lead, zinc

## Alberta (AB)
- North Alberta - coal
- South Alberta - coal

## Saskatchewan (SK)
- North Saskatchewan - uranium, gold
- South Saskatchewan - potash, coal

## Manitoba (MB)
- North Manitoba - nickel, cobalt, gold
- Flin Flon - copper, zinc, gold

## Yukon (YK)
- Yukon - copper, gold, silver

## Northwest Territories (NT)
- Northwest Territories - diamonds

## Nunavut (NU)
- Nunavut - gold, iron

## Quebec (QC)
- Abitibi & James Bay area - gold, copper, zinc, diamonds
- Rouyn-Norando & Val-d'Or - gold, copper, silver, zinc
- Havre St. Pierre & Sorel-Tracy - titanium
- Montreal & area - metal smelting / refining, allied industries
- North Quebec - nickel, copper, cobalt, plat. group metals
- Saguenay Region - aluminum refining, noibium
- Schefferville & Fermont - iron

## Ontario (ON)
- North Ontario - gold, platinum, copper, diamonds, zinc, palladium
- Sidbury - nickel, copper, cobalt, allied industries
- Timmins - gold, silver
- Toronto & South Ontario - salt, uranium refining, exploraction and mine financing, allied industries

## Newfoundland & Labrador (NL)
- Labrador City & Wabush area - iron ore
- Voisey's Bay - nickel, copper, cobalt
- Island of Newfoundland - gold, nickel refining

## Prince Edward Island (PE)
- Prince Edward Island - peat, sand, gravel

## Nova Scotia (NS)
- Nova Scotia - gypsum, gold, coal

## New Brunswick (NB)
- New Brunswick - zinc, lead, metal smelting

CANADA ACTION Source: The Canadian Mining and Minerals Plan - MinesCanada.ca, Notes: does not include oil sands mining, Date: 6/18/20









Milan Kjalasan

5th of February 2026th, Thursday, 10:26 AM

Lanai City, Hawaii, United States

*Milan Kjalasan*
*Drafted on 22nd of April 2026th Wednesday, 09:22 AM*
*Lanai City, Hawaii, United States*
*Published on 13th of August 2026th, Thursday, 13:18*

*San Francisco, California, United States*